Page 1

1

2                 UNITED STATES DISTRICT COURT

3                 SOUTHERN DISTRICT OF NEW YORK

4    ------------------------------------X

     NATASHA SEVERIN and GALINA

5    COTOVA, Individually and on

     Behalf of All Others              No. 10 CIV 9696(DLC)

6    Similarly Situated,

7                 Plaintiffs,

8         - against -

9    PROJECT OHR, INC., METROPOLITAN

     COUNCIL ON JEWISH POVERTY and

10   D'VORAH KOHN,

11                Defendants.

     ------------------------------------X

12

13

14

15      DEPOSITION OF NATASHA VITTORIA SEVERIN

16              New York, New York

17          Tuesday, September 20, 2011

18

19

20

21

22

23

24   Reported by:

     ANNETTE ARLEQUIN, CCR, RPR

25   JOB NO. 41748

Page 30

1           N. Severin
2  me on a weekly basis, how often would you
3  perform that task?
4        MS. SMITH:  Objection to the form.
5     A.   Once.
6     Q.   What does the word "monthly" mean?
7     A.   Every month.
8     Q.   If I asked you to perform a task for
9  me on a monthly basis, how often would you
10 perform that task?
11       MS. SMITH:  Objection.
12    A.   Once a month.
13    Q.   If I asked you to perform a task for
14 me on an as-needed basis, how often would you
15 perform that task?
16       MS. SMITH:  Objection.
17    A.   As often as you require this.
18       MR. ARNOLD:  I'm going to mark this
19 as Defendants' Exhibit No. 4.
20       (Defendants' Exhibit 4, Plan of Care,
21       Bates stamped D02451, marked for
22       identification, as of this date.)
23 BY MR. ARNOLD:
24    Q.   Ms. Severin, do you recognize this
25 document?

Page 31

1           N. Severin
2     A.   Yes.  This is the Plan of Care.
3     Q.   Were documents like this document
4  Bates stamped D02451, were they discussed during
5  the orientation?
6     A.   I don't remember.
7     Q.   Do you remember reviewing a sample
8  Plan of Care at your orientation?
9     A.   I don't remember.
10    Q.   What is the purpose of the Plan of
11 Care?
12    A.   We need to know what the patient
13 needs and how we can help this patient.
14    Q.   And did each client have their own
15 Plan of Care?
16    A.   Yes.
17    Q.   Does the information contained in
18 each client's Plan of Care differ depending on
19 the client's needs?
20    A.   I don't understand the question.
21    Q.   Would the information contained in
22 one client's Plan of Care differ from another
23 client's Plan of Care?
24    A.   Well, the list of the tasks remains
25 the same, but each page has its own needs and

Page 32

1           N. Severin
2  this was marked.
3     Q.   When you worked for a client, would
4  you see their Plan of Care?
5     A.   In those years, yes.
6     Q.   Would you review the Plan of Care?
7     A.   Well, immediately when we enter the
8  case, we review the Plan of Care.
9     Q.   Were you required to follow the Plan
10 of Care when providing assistance to the client?
11    A.   Yes.  Yes, of course.
12    Q.   Where would a Plan of Care be located
13 inside a client's home?
14    A.   Well, they're not secret so they are
15 not kept away.  They are attached to the
16 refrigerators.
17    Q.   Did you ever discuss a client's Plan
18 of Care with anyone at Project OHR?
19    A.   I would discuss separate tasks rather
20 than the plan as a whole.
21    Q.   Who would you discuss these separate
22 tasks with at Project OHR?
23    A.   If there were problems or
24 difficulties, I would discuss it with Miriam.
25    Q.   Miriam.  Okay.

Page 33

1           N. Severin
2        Did you ever discuss with anyone at
3  Project OHR information contained on the Plan of
4  Care?
5     A.   Miriam and the nurse.
6     Q.   Other than attending the orientation,
7  did you ever attend any other training session
8  while employed at Project OHR?
9     A.   They regularly hold in-service
10 sessions once every half a year.
11    Q.   As part of your training were you
12 ever required to go to a client's home with
13 another Project OHR employee to learn how to
14 care for a client?
15    A.   No, never.
16       MR. ARNOLD:  Could we mark this as
17 Defendants' Exhibit No. 5.  It's a document
18 Bates stamped D01265 to D01266.
19       (Defendants' Exhibit 5, Project OHR
20       document of three hour in-service training
21       session, Bates stamped D01265 through 266,
22       marked for identification, as of this
23       date.)
24       (Document review.)
25 BY MR. ARNOLD:

Page 86

1           N. Severin
2   practice.
3       Q.   Wasn't it the nurse's responsibility
4   to complete a Plan of Care?
5       A.   Yes, usually the nurse does it.
6       Q.   And it was your job to follow the
7   Plan of Care; is that right?
8       A.   Yes.
9       Q.   Did you ever have any client who
10  slept through an entire night?
11      A.   No.
12      Q.   So you mentioned that you provided
13  care for over, possibly over 100 clients during
14  your six years of employment.
15          It's your testimony today that not
16  one single client on one single night slept
17  through the entire night?
18      A.   Of course, because otherwise why
19  would we be employed there if they sleep this
20  long for the night?
21      Q.   So just to get an actual answer to my
22  question, is it your testimony that during your
23  time of employment where you provided care for
24  over 100 clients, not one of them ever slept
25  through the night?

Page 87

1           N. Severin
2       A.   No.
3       Q.   Did you ever have a client that just
4   woke up once during the night?
5       A.   I don't remember.
6       Q.   But you remember that your clients
7   never slept through the night, that's right?
8       A.   No, didn't sleep through night.
9       Q.   But you don't remember if a client
10  just woke up once during the night?
11      A.   That would have been a very lucky
12  situation for me, but however, it didn't happen.
13      Q.   So you never had one client who just
14  woke up once during the entire night.
15          MS. SMITH:  Objection.
16      A.   I don't remember.
17      Q.   Did you ever have a client that just
18  woke up two times during the night?
19      A.   Usually they give me clients who woke
20  up very many times.
21      Q.   And why would they give you clients
22  like that?
23      A.   I don't know.
24      Q.   Did you ever ask for clients who woke
25  up a lot of times?

Page 88

1           N. Severin
2       A.   Why would I want to ask for that?
3       Q.   I don't know.  I asked you if you
4   ever asked for that.  It's either a yes or no
5   answer.
6       A.   No.
7       Q.   Did a client ever just wake up, get
8   confused and go back to sleep under a minute?
9       A.   Yes.
10      Q.   Did a client ever wake up having
11  soiled themselves and you had to change them,
12  and then they went back to sleep?
13      A.   Yes.
14      Q.   Did you ever write down anywhere the
15  times you would wake up at night to service a
16  client?
17      A.   No.
18      Q.   And why didn't you write that down?
19          MS. SMITH:  Objection.
20      A.   Why would I want to, to do it?
21      Q.   That's why I'm asking you.
22      A.   They have never asked us to do it.
23      Q.   Does Ms. Kogan's Plans of Care
24  indicate that you should clean her bedroom?
25      A.   She didn't have a bedroom as such.

Page 89

1           N. Severin
2   She had a studio.
3       Q.   Did you ever have a client that had a
4   cleaning service come in to clean their
5   apartment?
6       A.   I don't remember.
7       Q.   Did you ever have a client whose
8   relative or friend came to the apartment and
9   cleaned up the apartment?
10      A.   No.
11      Q.   Did Project OHR have a policy that
12  prohibited you from cleaning up after a client's
13  family members?
14      A.   No.
15      Q.   When you attended the orientation
16  back when you started your employment, did you
17  receive an employee handbook?
18      A.   I don't remember.
19          MR. ARNOLD:  Mark this as Exhibit 12.
20          (Defendants' Exhibit 12, Signature
21      Verification, Bates stamped D01305, marked
22      for identification, as of this date.)
23  BY MR. ARNOLD:
24      Q.   I'm showing you what's been marked as
25  Defendants' Exhibit 12, a document Bates stamped

Page 114

1            N. Severin
2    the Defendants' Exhibit No. 10?
3            (Document review.)
4       Q.   If you can please turn to the page
5    that's marked P17?
6            (Witness complies.)
7       Q.   Earlier we looked at the fifth
8    paragraph down that reads, among other things,
9    "Home attendants are neither required nor
10   permitted to perform heavy duty cleaning
11   tasks..." and then several are listed.
12           Do you remember that?
13      A.   Yes.
14      Q.   Ms. Severin, when you were employed
15   by Project OHR, did you ever wash windows or
16   blinds for an OHR client?
17      A.   Very often.
18      Q.   And when you were employed by Project
19   OHR, did you ever move furniture at OHR clients'
20   houses?
21      A.   Yes.
22      Q.   Can you say how often?
23      A.   For a client like Clara Lazar, almost
24   daily.
25      Q.   Did you ever wax floors when you were

Page 115

1            N. Severin
2    employed by Project OHR for OHR's clients?
3       A.   They didn't have floors that required
4    waxing.
5       Q.   And when you were employed by Project
6    OHR, did you ever do laundry by hand for any of
7    OHR's clients?
8       A.   Very often, several times a day.
9       Q.   Ms. Severin, can you look at a
10   document marked as Defendants' Exhibit No. 7?
11           (Document review.)
12      A.   Yes.
13      Q.   Do you recall writing this letter?
14      A.   Yes.
15      Q.   What were the circumstances that led
16   to you deciding to write this letter?
17      A.   At the time I worked on Baransky
18   case, I completely forgot what is it to sleep
19   through the night.  Well, I was very tired and I
20   was frightened to learn that such jobs exist at
21   all.
22      Q.   Was there anything else that you
23   remember about the circumstances that caused you
24   to write that letter?
25      A.   No.

Page 116

1            N. Severin
2       Q.   Ms. Severin, could you please turn to
3    the document that's marked Defendants' Exhibit
4    No. 9?
5            It's the Plan of Care for
6    Ms. Baransky.
7            (Document review.)
8       Q.   Ms. Severin, isn't it true that when
9    you were working for Ms. Baransky, there were
10   weeks when you worked four days in a row without
11   leaving her house; is that right?
12           MR. ARNOLD:  Object.
13      A.   Yes, when I worked on replacement.
14      Q.   And there were times when you would
15   work two days in a row or 48 hours consecutively
16   when you worked for Ms. Baransky; is that right?
17           MR. ARNOLD:  Object.
18      A.   Yes.
19      Q.   When you worked for more than one day
20   in a row for Ms. Baransky, did anybody else come
21   into her house to do any household cleaning
22   chores?
23      A.   Nobody.
24      Q.   So if, for example, you were working
25   for Ms. Baransky's house for four days in a row,

Page 117

1            N. Severin
2    would anybody else come in during those four
3    days to do any kind of household chores?
4       A.   Nobody.
5       Q.   And when you were working at
6    Ms. Baransky's house, did you dust -- how often
7    did you dust, vacuum or mop?
8           MR. ARNOLD:  Object.
9       A.   Well, every day and probably I mopped
10   several times a day because I like to work in
11   clean environment.
12      Q.   And when you were working for
13   Ms. Baransky, how often did you clean her
14   bathroom?
15      A.   Every day.
16      Q.   When you were working for
17   Ms. Baransky, how often did you clean her
18   kitchen?
19      A.   Once or twice a day.
20      Q.   And when you were working for
21   Ms. Baransky, how often did you clean her
22   refrigerator?
23      A.   [In English] Weekly.
24           [Through the Interpreter]  Weekly.
25      Q.   Could you please turn to Defendants'