# Exhibit 2a

Page 1

1

2            UNITED STATES DISTRICT COURT

3            SOUTHERN DISTRICT OF NEW YORK

4   ------------------------------------X        CERTIFIED
                                                  COPY
    NATASHA SEVERIN and GALINA

5   COTOVA, Individually and on

    Behalf of All Others              No. 10 CIV 9696(DLC)

6   Similarly Situated,

7                    Plaintiffs,

8            - against -

9   PROJECT OHR, INC., METROPOLITAN

    COUNCIL ON JEWISH POVERTY and

10  D'VORAH KOHN,

11                   Defendants.

    ------------------------------------X

12

13

14

15        DEPOSITION OF NATASHA VITTORIA SEVERIN

16                New York, New York

17             Tuesday, September 20, 2011

18

19

20

21

22

23

24  Reported by:

    ANNETTE ARLEQUIN, CCR, RPR

25  JOB NO. 41748

1

2

3

4

5          September 20, 2011

6          10:04 a.m.

7

8      Deposition of NATASHA VITTORIA SEVERIN,

9   held at the offices of Mintz, Levin, Cohn,

10   Ferris, Glovsky and Popeo, P.C., 666 Third

11   Avenue, New York, New York, before Annette

12   Arlequin, a Certified Court Reporter, a

13   Registered Professional Reporter and a

14   Notary Public of the State of New York.

15

16

17

18

19

20

21

22

23

24

25

1

2       A P P E A R A N C E S:

3

4               BERANBAUM MENKEN LLP

5               Attorneys for Plaintiffs

6                   80 Pine Street, 33rd Floor

7                   New York, New York  10005

8               BY: JENNIFER SMITH, ESQ.

9                   jsmith@nyemployeelaw.com

10

11              MINTZ LEVIN COHN FERRIS GLOVSKY and POPEO, P.C.

12              Attorneys for Defendants

13                   Chrysler Center

14                   666 Third Avenue

15                   New York, New York  10017

16              BY: MICHAEL S. ARNOLD, ESQ.

17                   Marnold@mintz.com

18                   JENNIFER B. RUBIN, ESQ.

19                   Jrubin@mintz.com

20

21      ALSO PRESENT:

22

23              GALYA KOROVINA, Russian Interpreter

24

25

1

2         IT IS HEREBY STIPULATED AND AGREED,

3    by and between the attorneys for the

4    respective parties herein, that filing

5    and sealing be and the same are hereby

6    waived

7         IT IS FURTHER STIPULATED AND AGREED

8    that all objections, except as to the form

9    of the question, shall be reserved to the

10   time of the trial.

11        IT IS FURTHER STIPULATED AND AGREED

12   that the within deposition may be sworn to

13   and signed before any officer authorized to

14   administer an oath, with the same force and

15   effect as if signed and sworn to before the

16   Court.

17

18

19

20

21

22

23

24

25

1                    N. Severin

2              Let me rephrase that.

3              Are there any other documents in your

4     possession that relate to this lawsuit?

5         A.    Those documents that I have at home

6     and which I have not handed over to anybody yet,

7     that's what you're asking about?

8         Q.    Yes.  Do any more documents exist

9     that you haven't given to your attorneys that

10    relate to your claims?

11        A.    No.

12        Q.    Ms. Severin, when did your employment

13    with Project OHR end?

14        A.    I wrote an application to resign on

15    December 7, 2010.

16        Q.    And after your employment ended with

17    Project OHR, did you work anywhere else as a

18    home attendant?

19        A.    Yes.

20        Q.    And where is that?

21        A.    There were two private agencies;

22    Friendly Home Care and Caring Professional Inc.

23        Q.    And when did you work for Friendly

24    Home Care?

25        A.    I am still working there.

1             N. Severin

2         strictly the issue of procedure.  I'm

3         explaining that if the lawyer objects, it

4         doesn't mean that she cannot answer.  If

5         she cannot answer the lawyer will tell her

6         so.

7              MR. ARNOLD:  Allow Jennifer to

8         dictate that because there are

9         times where --

10             MS. SMITH:  I was going to say the

11        same thing.  You can answer the question

12        even if I object unless I instruct you not

13        to answer.

14             MR. ARNOLD:  I'll simplify it.  I

15        apologize.

16   BY MR. ARNOLD:

17        Q.   What knowledge, if any, does Galina

18   Cotova have that you regularly worked more than

19   40 hours per week?

20             MS. SMITH:  Objection.

21        A.   No.

22        Q.   Do you know Irina, I'm not going to

23   attempt to say that last name but her first name

24   is Irina.

25             THE INTERPRETER:  Shydlouski.

1                    N. Severin

2        A.    I don't remember her.

3        Q.    Do you know Lyubov Tsyganova?

4        A.    I don't remember her.

5        Q.    Do you know Irena Montes?

6        A.    I don't remember.

7        Q.    Ms. Severin, on what date did you

8    first start working for Project OHR?

9        A.    In the end of January 2005.

10       Q.    How did you hear about a job opening

11   at Project OHR?

12       A.    At the time, every agency had

13   openings.

14       Q.    And how did you hear about this

15   particular job opening?

16       A.    I don't remember.

17       Q.    What was your main job duty as a

18   Project OHR home attendant?

19       A.    My duties were outlined in our care

20   plans.

21       Q.    Now do these care plans provide

22   information on how to care for a Project OHR

23   client?

24       A.    These plans outline what I was

25   supposed to do.

1                    N. Severin

2         Q.    Supposed to do for the Project OHR

3    client?

4         A.    Yes.

5         Q.    Did you attend an orientation when

6    you first started working at Project OHR?

7         A.    Yes, of course.

8         Q.    Do you remember what topics were

9    covered at this orientation?

10        A.    It was very long ago.  No.

11              MR. ARNOLD:  I'll mark this as

12        Defendants' Exhibit No. 2.

13              (Defendants' Exhibit 2, Orientation

14        Checklist, Bates stamped D01289, marked for

15        identification, as of this date.)

16              MR. ARNOLD:  It's a document Bates

17        stamped D01289.

18   BY MR. ARNOLD:

19        Q.    Actually, Ms. Severin, before we go

20   forward, I forgot one instruction.

21              If you ever need to take a break at

22   any time, just let us know, okay?

23        A.    Thank you.

24        Q.    Ms. Severin, do you recognize this

25   document?

1                    N. Severin

2        Q.    I think you just said that your --

3    you said that your job description was discussed

4    partially.

5            Can you explain what you mean by

6    that?

7        A.    We have many tasks and we did not

8    cover all of them.

9        Q.    Do you remember asking any questions

10   about your job description at the orientation?

11       A.    I don't remember.

12       Q.    Ms. Severin, have you ever heard of a

13   sleep-in shift?

14       A.    Yes, of course.

15       Q.    Did you ever work a sleep-in shift

16   while employed at Project OHR?

17       A.    Thirty-nine months.

18       Q.    So is that a yes, you have worked a

19   sleep-in shift while employed at Project OHR?

20       A.    Yes, thirty-nine months.

21       Q.    Did you ever work another type of

22   shift while employed at Project OHR?

23       A.    Of course, yes.

24       Q.    What other type of shift did you

25   work?

1               N. Severin

2        A.    Twelve-hour shifts, ten-hour shifts.

3        Q.    Were those hourly shifts?

4              MS. SMITH:  Objection.

5        A.    I don't understand the question.

6        Q.    When you worked the 10-hour or

7  12-hour shifts, were those shifts paid per hour?

8        A.    Yes.

9        Q.    Did you ever work a shift that was

10  less than 10 hours?

11       A.    Yes.

12       Q.    What was the fewest amount of hours

13  you would ever work in an hourly shift?

14       A.    One hour 45 minutes.

15       Q.    Other than the sleep-in shifts, just

16  focusing on the hourly shifts, would the hourly

17  shifts range from anywhere from 1 hour and 45

18  minutes to 12 hours?

19       A.    Yes.

20       Q.    Just a reminder to keep your answers

21  verbal because the reporter can't understand

22  nods.

23              THE INTERPRETER:  What's the

24       question?

25  BY MR. ARNOLD:

1                          N. Severin

2          Q.    Okay.  My question is, did the number

3     of hours you worked in shifts other than

4     sleep-in shifts vary?

5          A.    Mostly it was 10 and 12 hours.

6          Q.    Were there times that you worked

7     shifts less than 10 hours?

8          A.    Seldom.

9          Q.    Were there times that you worked the

10    shift less than nine hours?

11         A.    Yes, if the agency required that.

12         Q.    Did the start time of an hourly shift

13    vary from shift to shift?

14         A.    Sometimes there would be a one hour

15    difference, whether it was started at 8 or at

16    9:00.

17         Q.    Did you ever start an hourly shift at

18    1:00 in the afternoon?

19         A.    Several times.

20         Q.    When you worked an hourly shift, did

21    you ever -- withdrawn.

22              Have you ever heard of a duty-free

23    hour?

24         A.    No, I know only the airport

25    duty-free.

1                       N. Severin

2          Q.    Good joke.

3                When you worked an hourly shift, did

4     you get an hour off for lunch?

5          A.    Sometimes.

6          Q.    Was there ever a week where you

7     worked just sleep-in shifts?

8          A.    Such shifts lasted for months.

9          Q.    My question is, was there ever a week

10    where you just worked sleep-in shifts and no

11    other shift?

12         A.    You mean for this agency?

13         Q.    I do.

14         A.    Yes.

15         Q.    Sticking with Project OHR, was there

16    ever a week where you only worked hourly shifts?

17         A.    Yes.

18         Q.    Was there ever a week where you

19    worked both an hourly shift and a sleep- in

20    shift?

21         A.    It happened very seldom.  Only in

22    cases of emergencies.

23         Q.    Was there ever a week where you cared

24    for just one client?

25         A.    Yes.

Page 26

1                    N. Severin

2         Q.    Was there ever a week where you cared

3    for more than one client?

4         A.    Very often.

5         Q.    Was there ever a week where you cared

6    for more than one client on the same shift?

7              MS. SMITH:  Objection.

8         A.    There are so-called cluster cases

9    when it's husband and wife, and then sometimes

10   there were three clients.

11        Q.    And you worked a shift like that

12   once?

13        A.    [In English]  Yes.

14              [Through the Interpreter]  Several

15   times.

16        Q.    How many clients would you say you

17   cared for over the course of your employment for

18   Project OHR?

19        A.    I could not count.

20        Q.    Do you think it was more than 50?

21        A.    Much more than 50.

22        Q.    Would you say it was more than 100?

23        A.    Yes.

24        Q.    Did another Project OHR home

25   attendant ever care for a client that you also

1                         N. Severin

2    cared for?

3         A.    Very often.

4         Q.    Did you ever act as a client's

5    primary home care attendant?

6              MS. SMITH:  Objection.

7         A.    I don't know what is it.

8         Q.    I guess I would rephrase it as did

9    you ever act as their main home care attendant?

10             MS. SMITH:  Objection.

11        A.    It didn't work like this.

12        Q.    How did it work?

13        A.    Sometimes they had two to three

14   persons within a week.

15             (Interpreter clarifying.)

16        A.    Yes.  One client would have more, two

17   or three home attendants a week.

18        Q.    And did you ever work a shift as a

19   replacement home attendant?

20             THE INTERPRETER:  A replacement?

21             MR. ARNOLD:  Yes.

22        A.    Often.

23             MR. ARNOLD:  I want to mark this as

24        Defendants' Exhibit No. 3.

25             (Defendants' Exhibit 3, Document

1                        N. Severin

2          entitled "Project OHR Standards HRA Tasks

3          Reference Guide," Bates stamped P442,

4          marked for identification, as of this

5          date.)

6     BY MR. ARNOLD:

7          Q.    Ms. Severin, do you recognize this

8     document?

9          A.    Of course.

10         Q.    Did you provide it to your attorney?

11         A.    I don't remember.

12         Q.    This document is Bates stamped P442

13    to P443.

14               Ms. Severin, what is this document?

15               THE INTERPRETER:   You want me to

16         translate it or did you say this document

17         is based?

18               MR. ARNOLD:   You can translate it.

19               THE INTERPRETER:   Oh, I see it.

20         Sorry.

21               (Interpreting.)

22         A.    Yes.

23         Q.    Ms. Severin, do you know what this

24    document is?

25         A.    Yes, of course.

1               N. Severin

2       Q.    And what is it?

3       A.    This is a guide of our duties.

4       Q.    And how, if at all, would you use

5   this document during your employment?

6       A.    When we called every day, we called

7   in the end and then when we called, we named the

8   number of the tasks we performed and which tasks

9   we performed on a given day.  Usually we did

10  much more, but they asked us to name only seven

11  tasks.

12      Q.    Would these tasks indicate how long

13  you performed a task for?

14            Let me rephrase that.

15            Would these task codes indicate how

16  long you performed a task for?

17      A.    No.

18      Q.    Ms. Severin, what does the word

19  "daily" mean?

20            THE INTERPRETER:   "Daily"?

21            MR. ARNOLD:   Yes.

22      A.    It means every day.

23      Q.    What does the word "weekly" mean?

24      A.    Every week.

25      Q.    If I asked you to perform a task for

1           N. Severin

2       A.    Yes.  This is the Plan of Care.

3       Q.    Were documents like this document

4    Bates stamped D02451, were they discussed during

5    the orientation?

6       A.    I don't remember.

7       Q.    Do you remember reviewing a sample

8    Plan of Care at your orientation?

9       A.    I don't remember.

10      Q.    What is the purpose of the Plan of

11   Care?

12      A.    We need to know what the patient

13   needs and how we can help this patient.

14      Q.    And did each client have their own

15   Plan of Care?

16      A.    Yes.

17      Q.    Does the information contained in

18   each client's Plan of Care differ depending on

19   the client's needs?

20      A.    I don't understand the question.

21      Q.    Would the information contained in

22   one client's Plan of Care differ from another

23   client's Plan of Care?

24      A.    Well, the list of the tasks remains

25   the same, but each page has its own needs and

1                       N. Severin

2    this was marked.

3        Q.    When you worked for a client, would

4    you see their Plan of Care?

5        A.    In those years, yes.

6        Q.    Would you review the Plan of Care?

7        A.    Well, immediately when we enter the

8    case, we review the Plan of Care.

9        Q.    Were you required to follow the Plan

10   of Care when providing assistance to the client?

11       A.    Yes.  Yes, of course.

12       Q.    Where would a Plan of Care be located

13   inside a client's home?

14       A.    Well, they're not secret so they are

15   not kept away.  They are attached to the

16   refrigerators.

17       Q.    Did you ever discuss a client's Plan

18   of Care with anyone at Project OHR?

19       A.    I would discuss separate tasks rather

20   than the plan as a whole.

21       Q.    Who would you discuss these separate

22   tasks with at Project OHR?

23       A.    If there were problems or

24   difficulties, I would discuss it with Miriam.

25       Q.    Miriam.  Okay.

1                     N. Severin

2              Did you ever discuss with anyone at

3     Project OHR information contained on the Plan of

4     Care?

5          A.    Miriam and the nurse.

6          Q.    Other than attending the orientation,

7     did you ever attend any other training session

8     while employed at Project OHR?

9          A.    They regularly hold in-service

10    sessions once every half a year.

11         Q.    As part of your training were you

12    ever required to go to a client's home with

13    another Project OHR employee to learn how to

14    care for a client?

15         A.    No, never.

16              MR. ARNOLD:   Could we mark this as

17         Defendants' Exhibit No. 5.   It's a document

18         Bates stamped D01265 to D01266.

19              (Defendants' Exhibit 5, Project OHR

20         document of three hour in-service training

21         session, Bates stamped D01265 through 266,

22         marked for identification, as of this

23         date.)

24              (Document review.)

25    BY MR. ARNOLD:

Page 35

1                        N. Severin

2          A.     Nobody knows.

3          Q.     For Question No. 11, the question is,

4     "The home attendant must clean the client's

5     entire home, including windows every day."

6                You answered false to that question;

7     is that correct?

8          A.     Yes.

9                MR. ARNOLD:   I'm going to mark this

10          as Defendants' Exhibit No. 6.   It's a

11          document Bates stamped D01294.

12                (Defendants' Exhibit 6, Project OHR

13          Sleep-In Agreement, Bates stamped D01294,

14          marked for identification, as of this

15          date.)

16     BY MR. ARNOLD:

17          Q.     Ms. Severin, do you recognize this

18     document?

19          A.     Yes.   It looks like my signature.

20          Q.     Do you know what this document is?

21          A.     Yes.

22          Q.     And what is it?

23          A.     So this document says that I agreed

24     to work as a sleep-in attendant for weekends for

25     a minimum of six months.

1                      N. Severin

2      that you should partially assist somebody with

3      their medication, does that typically mean they

4      take medication?

5           A.    Not always.

6           Q.    And why wouldn't it be that?

7           A.    Sometimes patient's children decide

8      on their own whether the patient should take

9      medication or not.

10          Q.    Do you remember how big

11     Ms. █████████ apartment was?

12          A.    There were two rooms.

13          Q.    Can you describe the two rooms?

14          A.    Well, standard small bedrooms.

15          Q.    Can you describe for me what is a

16     standard small bedroom in your view?

17          A.    This is what Ms. ████████ had.

18          Q.    Can you describe what the small

19     standard bedroom looked like in Ms. ████████

20     apartment?

21          A.    I could not -- I only think in

22     meters.  I cannot easily convert it to American

23     system.

24               Well, I think there were two rooms,

25     15 square meters each.

1                    N. Severin

2       A.    But of course.

3       Q.    Did the kitchen have a dining area?

4       A.    I don't remember.

5       Q.    Do you know if Ms. ███████ received

6  care from other home attendants on days that you

7  were providing care for her?

8       A.    Probably.  I don't know.

9       Q.    Did Ms. ███████ have a pet?

10      A.    I don't remember.

11      Q.    If I referred you to Ms. ███████

12  Plan of Care, about a quarter of the way down it

13  says, "Pets" and next to that it says, "None."

14           Does that refresh your recollection

15  as to whether Ms. ███████ had a pet?

16      A.    Yes, of course.

17      Q.    So do you remember -- so did

18  Ms. ███████ have a pet?

19      A.    No.

20      Q.    Could Ms. ███████ bathe herself?

21      A.    No.

22      Q.    How much assistance did you have to

23  provide for Ms. ███████ to bathe herself?

24      A.    From beginning to end and I had to

25  persuade her to bathe for a long time.

1                       N. Severin

2     mats and napkins in order to avoid the

3     situation.

4          Q.    Can you describe the process of

5     bathing -- let's not get into that.  Strike

6     that.

7               Would you clean up the bathroom after

8     bathing Mrs. ███████?

9          A.    Before and after.

10         Q.    What would you do to clean the

11    bathroom before you bathed Ms. ███████?

12         A.    I was making sure that the bathtub

13    was clean, that we had enough soap, shampoo and

14    towels, and that the floor was completely dry,

15    not a drop of water.

16         Q.    And why did you want to make sure the

17    floor was completely dry?

18         A.    Because it's exactly the place where

19    elderly persons often slip and fall.

20         Q.    And you mentioned you would clean up

21    after the shower or the bathing as well.

22              What would you do to clean after?

23         A.    Well, I cleaned up.  I was making

24    sure that there are no parts of oily or soapy

25    residue.

1                    N. Severin

2            And also I took off the floor all the

3    implements I put on the floor in order to avoid

4    her slipping on the wet floor and then I washed

5    them and dried them to clean, and hanged them to

6    dry.

7        Q.    Great.

8            Again, going back to the time that

9    you cleaned before you had bathed her, how long

10   would that typically take you to clean?

11       A.    Well, I did not take a stopwatch with

12   me because cleaning somebody's apartment is not

13   exactly a sporting event.

14       Q.    And what about after the shower?  How

15   long did it take you to clean up after you

16   bathed Ms. ▮▮▮▮▮▮?

17       A.    Whatever it was necessary to make

18   sure that the bathroom was clean.

19       Q.    Did you bathe other of your clients

20   during your employment at Project OHR?

21       A.    Of course.

22       Q.    Did the amount of time it took to

23   bathe a client depend on the type of assistance

24   they needed?

25            MS. SMITH:  Objection.

1                    N. Severin

2        A.    Not only on that.

3        Q.    What else would it depend on?

4        A.    Well, it depended on the client's

5    wish.  Some clients wanted to be bathed for a

6    longer time.  Some clients just want to be in

7    the bathtub for 40 minutes, just be in water and

8    enjoy themselves.  They love water.

9        Q.    Did the amount of time you spent --

10   sorry.  Strike that.

11              For your other clients besides

12   Ms.            , did you also clean up the bathroom

13   before you bathed them?

14       A.    I do it always, both for myself and

15   for them.

16              [In English]  At home for myself, my

17   home.

18              [Through the Interpreter]  Since I do

19   it for myself at home, I do it for them.

20       Q.    How long would it typically take you

21   to clean before you bathed them?

22       A.    It depends on how their bathroom was.

23       Q.    And what about after the bath?  Did

24   you clean up after the bath for your clients?

25       A.    The same.  I would clean until their

1                        N. Severin

2      bathroom is clean and comfortable and safe.

3           Q.    And how long would it typically take

4      you to do that for your clients?

5           A.    Well, I had no time limit for that.

6           Q.    Would the time you spent after the

7      bathing, cleaning for a client, be different

8      for -- strike that.

9                 Would the time you spent cleaning the

10     bathroom after being with your client differ on

11     the condition of the client's bathroom?

12          A.    Yes.   It depended first on the state

13     of the bathroom and then on the amount of

14     cleaning supplies.   Sometimes they offered very

15     little.

16          Q.    Did the size of your client's

17     bathrooms differ?

18          A.    Yes.

19          Q.    Could Ms. ▄▄▄▄▄▄ use her toilet by

20     herself?

21          A.    It was necessary to help her.

22          Q.    Typically how long would it take to

23     help her use the bathroom?

24          A.    I don't remember.

25          Q.    Would it typically last -- would it

1                          N. Severin

2    typically take more than 10 minutes?

3         A.    Yes.

4         Q.    Would it typically take more than 20

5    minutes?

6         A.    It could be.

7         Q.    Do you remember how often

8    Ms. █████████ used her toilet on a typical day?

9         A.    Oh, many times.  Often it just was a

10   false alarm.  She thought that she needed --

11        Q.    Did Ms. █████████ ever unfortunately

12   soil herself?

13        A.    I don't remember.

14        Q.    Did any of your clients accidentally

15   get any bodily fluids on the floor of their

16   apartments?

17        A.    Yes.

18        Q.    And would you clean up the bodily

19   fluids off the floor after that happened?

20        A.    Every time.

21        Q.    Could Ms. █████████ cook for herself?

22        A.    No, absolutely not.

23        Q.    Would you have to assist her -- then

24   you would have to assist her with cooking meals?

25        A.    It was dangerous to allow

Page 55

```
 1                      N. Severin
 2    Ms.          near the kitchen because several
 3    times she tried to switch on the gas and did not
 4    understand actually why she was doing that,
 5    particularly at night.
 6         Q.    Would you prepare Ms.
 7    meals?
 8         A.    Yes, when it was necessary.
 9         Q.    And how often was it necessary?
10         A.    I don't remember.
11         Q.    How long would it typically take to
12    prepare a meal for Ms.
13         A.    I don't remember her personal likes
14    and I don't remember what I cooked for her.
15         Q.    Did you cook different meals for
16    different clients?
17         A.    Yes, every time.   Sometimes even
18    national cuisine.
19         Q.    Did cooking a meal for a client ever
20    take you a long time?
21         A.    Yes.
22         Q.    What's the longest, if you remember,
23    that it ever took you to cook a meal for a
24    client?
25         A.    About three hours.
```

Page 56

1                    N. Severin

2          Q.    Would you clean up after -- what

3    would you do to clean up after cooking for a

4    client?

5          A.    Well, a lot.  First of all, it was

6    necessary to clean the stove, then to clean and

7    dry the dishes, clean the floor and everything

8    put beautifully in its place as it used to be

9    before cooking.  Well, just make the kitchen

10   beautiful and clean.

11         Q.    Did you ever cook more than one meal

12   for a client in one day?

13         A.    Sometimes three meals.

14         Q.    And after you would cook each of

15   those meals, would you clean the kitchen floor?

16         A.    Of course.  I always mopped it.

17         Q.    Did some of your clients eat their

18   meals in their kitchens?

19         A.    Seldom.

20         Q.    And when they did, for the clients

21   that did, would you clean up after them, after

22   they ate their meals in their kitchen?

23         A.    Of course.

24         Q.    So I assume, then, some clients ate

25   their meals in other parts of their apartment;

1                          N. Severin

2    is that correct?

3          A.     Yes, it happened.

4          Q.     Where else would a client eat their

5    meals in the apartment?

6          A.     Well, the clients could eat them in

7    their beds.

8          Q.     Using your example of a client who

9    eats in their bed, how would you clean up after

10   that client after they ate that meal?

11         A.     Sometimes I had to change the bedding

12   and by all means to sweep the floor and to mop

13   the floor around the bed, and to make sure that

14   the floor is dry so that they would not slip and

15   fall.  To dry the floor and then clean the

16   dishes.

17         Q.     Would a client ever, staying with the

18   example of a client eating in bed, would a

19   client ever spill their drink on the floor?

20              THE INTERPRETER:  "Urine"?  You say

21         "urine"?

22              THE WITNESS:  [In English]  No.

23              MR. ARNOLD:  Definitely didn't say

24         urine.

25              (Question was read back as follows:

1                    N. Severin

2            "QUESTION:  Would a client ever,

3       staying with the example of a client eating

4       in bed, would a client ever spill their

5       drink on the floor?")

6            MR. ARNOLD:  Not even close.

7       A.    Yes.  My client ████, she was blind.

8  She always spilled everything on the floor.

9       Q.    Is that ████████?

10      A.    Yes.

11      Q.    And if she would spill something on

12 the floor, would you clean it up?

13      A.    Of course.  Otherwise she was blind

14 and she would definitely slip and fall.

15      Q.    Could Ms. ████████ feed herself?

16      A.    I don't remember.

17      Q.    Would consulting or looking at her

18 Plan of Care remind you whether she --

19      A.    Let me see.

20            (Document review.)

21      A.    Yes, of course I helped her.

22      Q.    Would you help any other of your

23 clients to feed themselves?

24      A.    Very often.

25      Q.    Could some of your clients feed

Page 59

                        N. Severin

 1

 2  themselves without your help?

 3      A.    Yes, there were such clients.

 4      Q.    Could any of your clients use the

 5  bathroom or use the toilet without your

 6  assistance?

 7      A.    Yes.

 8      Q.    Could any of your clients bathe

 9  themselves without your assistance?

10      A.    No.

11      Q.    Did the amount of time you spent

12  helping a client feed themselves differ

13  depending on the client?

14      A.    Yes.

15      Q.    Did the amount of time it took to

16  feed a client differ depending on the type of

17  meal that you were feeding them?

18      A.    Of course.

19      Q.    How long might it take to feed a

20  client who needed total assistance from you to

21  help feeding them?

22      A.    Well, if you do it conscientiously,

23  then it could have taken an hour.

24      Q.    Did you assist Ms. ███████       in

25  grooming herself?

Page 60

1                       N. Severin

2          A.    Of course.

3          Q.    And what would you do to assist her?

4          A.    Well, to dress her, she needed help

5     to get dressed.  Well, everything is written

6     here.

7          Q.    And what is it that is written here

8     that you think shows that she groomed herself.

9          A.    Well, to move from one place to

10    another, to sit in a different place because she

11    was not steady on her feet.  It was very

12    important to help her to walk because she was

13    prone to falling.

14         Q.    Let's do one thing at a time.  We're

15    focusing right now on grooming.

16                     What would you do to help

17    Ms.            groom herself.

18         A.    I remember I helped her to apply

19    moisturizers, I dressed her, walked with her.

20    Every step I had to watch.

21         Q.    Would you help her with her dentures?

22         A.    I remember, yes.

23         Q.    How long would you say that it took

24    you to help her dress?

25         A.    Well, you know, it's very difficult

1                          N. Severin

2    for me to answer these questions because it was

3    so long ago and I'm afraid to give you the

4    information which is not exactly accurate.

5          Q.    Would you help other clients dress?

6          A.    Very often.

7          Q.    Would the amount of time it took you

8    to dress, help dress a client differ depending

9    on the client?

10         A.    Yes, on his or her illness.

11         Q.    How long could it take you to dress a

12   client?

13         A.    It was a different amount of time in

14   summer and in winter.

15         Q.    How long might it take to dress a

16   client during the winter?

17         A.    Well, if a client is half paralyzed

18   and the purpose was to take this client outside,

19   then it could have been any time from 45 minutes

20   up to an hour.

21         Q.    Did you ever help a client dress

22   themselves more than once in the same shift?

23         A.    Yes.

24         Q.    Did you help other clients groom

25   themselves?