Exhibit 2b

1                          N. Severin

2          A.    Always.  Constantly.

3          Q.    How long might it take to help groom

4     a client?

5          A.    About an hour.

6          Q.    Would the time it took to groom a

7     client differ if you had to partially assist

8     them versus totally assist them?

9          A.    Not always.

10         Q.    Would it differ at times though?

11         A.    Yes, it was different time.

12         Q.    Did you ever take Ms. ▓▓▓▓▓▓ for a

13    walk outside?

14         A.    I don't remember about taking her out

15    to the street, but we walked a lot in her

16    hallway and also we did exercises.

17         Q.    What type of exercises would you do?

18         A.    Well, walking was a very important

19    exercise for her.

20         Q.    And how long would you typically try

21    to walk with her during your shift?

22         A.    Well, we walked a lot.

23         Q.    And how long would you say that

24    typically lasted for?

25         A.    Whatever she was able to withstand.

1                    N. Severin

2        Q.    What was the longest she was able to
3   walk?

4        A.    Well, I don't know.  I would say she
5   walked for one-third of my shift.

6              [In English]   Yes.

7        Q.    Did you ever take her outside of the
8   apartment?

9              Outside of the apartment meaning
10  outside the apartment building.

11       A.    I don't remember.

12       Q.    Did you ever take any of your other
13  clients outside of their homes?

14       A.    Very many of them.

15       Q.    And where might you take a client
16  outside of their home?

17       A.    Go for a walk to get some fresh air,
18  to sit on a bench near the apartment building,
19  to visit the doctor, physiotherapy.  To visit
20  their relatives.

21       Q.    And when you did these activities
22  with the client -- let's withdraw that.

23             You mentioned one of your clients you
24  would take them to sit on a park bench, correct?

25             Would you stay with them while they

1                    N. Severin

2    sat on a park bench?

3        A.    Of course.  You cannot leave them

4    alone.

5        Q.    And how long might a client sit on a

6    park bench for?

7        A.    Up to three hours.

8        Q.    You mentioned also you might take a

9    client to a doctor's appointment.

10            Would you wait at the doctor's while

11   that person had their appointment?

12       A.    By all means.

13       Q.    And how long might a doctor's

14   appointment last?

15       A.    Well, Russian doctors have huge

16   lines.  Sometimes it would take up to four

17   hours.

18       Q.    Did you ever take a client to a

19   physical therapy session?

20       A.    I don't remember.

21       Q.    You mentioned you would take a client

22   to their relatives; is that correct?

23       A.    Yes.

24       Q.    Would you go to the relative's home?

25       A.    Yes.

1                    N. Severin

2          Q.    Would you stay with the client when

3    they were with the relatives?

4          A.    Yes, and I still was doing care for

5    them, was doing care procedures for them.

6          Q.    And how often would you say you might

7    take a client to a relative's home?

8          A.    So, for example,          , for all

9    Jewish holidays.

10         Q.    Let's talk about        on a Jewish

11   holiday.

12               How long would she remain in the

13   relative's home during that Jewish holiday?

14         A.    For quite a lot of time.  The entire

15   Pesach procedures.

16         Q.    Pesach means Passover?

17         A.    Yes, Passover.

18         Q.    Would you ever take a client to meet

19   someone at a restaurant?

20         A.    No.  My clients were poor.

21         Q.    Did the length of time you spent

22   outside with a client depend on that client?

23         A.    Yes, wishes and state of health.

24               MR. ARNOLD:  What time do you want to

25         break for lunch?  What would work for you?

1                    N. Severin

2    often.

3         Q.    And how often would you say that you

4    did Ms. ▮▮▮▮▮▮▮▮▮ laundry?

5         A.    Sometimes every shift. It was when

6    she ate, she soiled her clothing.

7         Q.    And how long might it take to do

8    Ms. ▮▮▮▮▮▮▮▮▮ laundry?

9         A.    It could have taken half an hour or

10   an hour.

11        Q.    Did Ms. ▮▮▮▮▮▮ have a laundry

12   machine in her apartment?

13        A.    I don't remember.

14        Q.    Do you remember if any of your

15   clients had laundry machines inside of their

16   apartment?

17        A.    I don't remember.

18        Q.    Do you remember if you had to do

19   laundry for a client in a laundry room inside

20   the apartment building?

21        A.    Most often.

22        Q.    Did any of your clients live in --

23   some of your clients lived in apartments.

24              Did any of your clients live in a

25   home?

1                       N. Severin

2        A.    I don't remember now.

3        Q.    Did you ever have to iron

4    Ms. ████████████ clothes?

5        A.    I don't remember.

6        Q.    Do you remember if you ever had to

7    iron any of your other clients' clothes?

8        A.    Sometimes.

9        Q.    Do you remember how long it would

10   take to iron a client's clothes?

11       A.    Mostly clients ask to iron bedding

12   rather than clothes, and to iron bedding it

13   takes a long time.

14       Q.    Do any of your clients only ask you

15   to iron their clothes and not their bedding?

16       A.    No.

17       Q.    Would it take a longer amount of time

18   to iron bedding as opposed to clothes?

19       A.    Of course.

20       Q.    How often does Ms. ████████ Plan of

21   Care say that her bed should be made?

22       A.    [In English]  Made bed daily.

23             [Through the Interpreter]  Every day

24   make bed.

25       Q.    And did you make Ms. ██████████ bed

1                    N. Severin

2    every single day?

3         A.    Well, not only I did it every day,

4    but very often I had to do it at night as well.

5         Q.    Did you ever have to make her bed

6    more than once in a day?

7         A.    Many times.

8         Q.    How long might it take to make

9    Ms.                bed?

10        A.    It depends on the state of the bed,

11   the structure.

12        Q.    Did the state of a bed differ for

13   your clients?

14        A.    Of course.

15        Q.    And how might they differ?

16        A.    It depended on the psychiatric state,

17   psychiatric health.

18        Q.    Why would a client's psychiatric

19   health affect the state of their bed?

20        A.    Some clients were anxious and they

21   can throw their blanket on the floor or take off

22   their bed sheets from the bed and throw it on

23   the floor.  Say, for example,        very often

24   spit behind the bed, spat, and on the bed.

25        Q.    And you would clean up after that

```
 1                    N. Severin
 2    happened?
 3         A.    Well, I had to pull out the bed and
 4    clean behind the bed.
 5              [In English]   Move furniture.
 6              (Through the Interpreter]   Move
 7    furniture.
 8         Q.    Did you ever work a daytime hourly
 9    shift for a client?
10         A.    Always.
11         Q.    And did you ever work a daytime
12    hourly shift for a client who did not go into
13    their bedroom?
14         A.    No.
15              MS. SMITH:  Sorry.  I actually need
16         to take a quick break.
17              MR. ARNOLD:  Yes, of course.  No
18         problem.
19              (Lunch recess is taken from 12:15
20         p.m. until 12:57 p.m.)
21
22
23
24
25
```

```
 1                    N. Severin
 2        Q.    And how often does the            Plan
 3   of Care indicate that the kitchen should be
 4   cleaned?
 5        A.    Weekly.
 6        Q.    Does the            Plan of Care
 7   indicate that the home attendant should clean
 8   Ms.             room?
 9        A.    I don't see it here.
10        Q.    How often does the            Plan of
11   Care indicate that the refrigerator should be
12   cleaned?
13        A.    Monthly.
14        Q.    Did you ever clean Ms.
15   refrigerator?
16        A.    I don't remember.
17        Q.    Did you ever go to the market for
18   Ms.            ?
19        A.    No.
20        Q.    Did you ever go to the market for any
21   other client?
22        A.    Often.
23        Q.    And would you ever buy groceries at
24   the market for a client?
25        A.    Of course.
```

1          N. Severin

2          Q.    How long did it typically take to buy

3     groceries for a client?

4          A.    Sometimes clients want you

5     specifically to go to Brighton Beach where they

6     have a lot of Russian stores and a lot of

7     Russian food, and then it could take a long

8     time, up to two hours.

9          Q.    And for the clients that didn't want

10    you to go to Brighton Beach, how long would it

11    take to grocery shop?

12         A.    It depends on how far are the

13    supermarkets and how big are the lines there.

14         Q.    Did the client's grocery shopping

15    list vary from client to client?

16         A.    Yes.

17         Q.    Were there any clients like

18    Ms.         who you never went to the market

19    for?

20         A.    Yes.   It's kind of clients whom you

21    cannot leave alone.

22         Q.    Did you ever go to a pharmacy to pick

23    up medicine for a client?

24         A.    Yes.

25         Q.    And how long might that take?

1                    N. Severin

2        A.    Sometimes I would have to go to the
3   pharmacy which was far from home.

4        Q.    And how far might that be?

5        A.    It really depended on transportation.

6        Q.    So if you had to walk, how long might
7   it take to pick up a prescription for a client?

8        A.    From half an hour to an hour.

9        Q.    Did Project OHR permit you to engage
10  in heavy duty cleaning activities?

11             MS. SMITH:  Objection.

12        A.    Yes.

13        Q.    Did anyone at Project OHR tell you
14  that you were permitted to engage in heavy duty
15  cleaning activities?

16        A.    Well, when I would say to them that I
17  do not want to do heavy duty cleaning, they
18  would answer, "If you want to continue working
19  for us, then you do it."

20        Q.    Who told you that?

21        A.    [In English] Miriam.

22             THE INTERPRETER:  Who?

23             THE WITNESS:  [Miriam].

24        A.    Miriam.

25        Q.    Did anybody else tell you that?

1                         N. Severin

2         A.      [In English]  I don't remember now.

3                 MR. ARNOLD:  I'm going to mark this

4         as Defendants' Exhibit No. 10.

5                 (Defendants' Exhibit 10, Project OHR

6         Client Handbook, Bates stamped P1 through

7         P24, marked for identification, as of this

8         date.)

9   BY MR. ARNOLD:

10        Q.      I'm showing you what's been marked as

11  Defendants' Exhibit 10.  It's Bates stamped P1

12  to P24.

13                Ms. Severin, do you recognize this

14  document?

15        A.      I saw my client's having it.

16        Q.      Did you give this document to your

17  attorneys?

18        A.      Yes.

19        Q.      Is that your handwriting in the upper

20  right-hand corner?

21        A.      Yes.

22        Q.      What did you write in the upper

23  right-hand corner?

24        A.      This was an article in The New York

25  Times on December 30, 2008 with a title "Home

1                          N. Severin

2    Health Aides:  What They Make, What They Cost."

3         Q.    Is this an article that you read?

4         A.    Yes.

5         Q.    And when did you read that article?

6         A.    I don't remember.

7         Q.    Was it at some point before this

8    lawsuit started?

9         A.    Yes.

10        Q.    Did somebody give you that article to

11   read?

12        A.    I found it in the Internet.

13        Q.    You said that you gave this document

14   to your attorneys.

15             Did you review the contents of this

16   document?

17        A.    Very long ago.

18        Q.    You mentioned that this document was

19   also in your clients' homes; is that correct?

20        A.    Yes.

21        Q.    Did you ever read this document while

22   at a client's home?

23        A.    I looked through it.

24        Q.    And what is the name of this

25   document?

1                      N. Severin

2          A.    I don't know how to translate it.

3   Well, client handbook.

4                THE INTERPRETER:  Something like

5          that, she's asking handbook.

6   BY MR. ARNOLD:

7          Q.    If you can turn to P17.

8                (Witness complies.)

9          Q.    And about almost halfway down there's

10  a section that says, "Home attendants are

11  neither required nor permitted to perform heavy

12  duty cleaning tasks such as (A) washing windows

13  or blinds, (B) moving furniture, (C) waxing

14  floors."

15               Do you see that section?

16               THE INTERPRETER:  Excuse me.  It's

17         page 17?

18               MR. ARNOLD:  P17.

19               THE INTERPRETER:  Okay.

20               MR. ARNOLD:  Page 14 of the handbook.

21               THE INTERPRETER:  Okay.

22               (Document review.)

23         A.    Yes.

24         Q.    My question is --

25         A.    [In English]  I didn't understand

1                    N. Severin

2     practice.

3          Q.    Wasn't it the nurse's responsibility

4     to complete a Plan of Care?

5          A.    Yes, usually the nurse does it.

6          Q.    And it was your job to follow the

7     Plan of Care; is that right?

8          A.    Yes.

9          Q.    Did you ever have any client who

10    slept through an entire night?

11         A.    No.

12         Q.    So you mentioned that you provided

13    care for over, possibly over 100 clients during

14    your six years of employment.

15               It's your testimony today that not

16    one single client on one single night slept

17    through the entire night?

18         A.    Of course, because otherwise why

19    would we be employed there if they sleep this

20    long for the night?

21         Q.    So just to get an actual answer to my

22    question, is it your testimony that during your

23    time of employment where you provided care for

24    over 100 clients, not one of them ever slept

25    through the night?

1                    N. Severin

2          Q.    And was there ever a time when the

3    job was cancelled where you didn't perform any

4    work that day for Project OHR?

5          A.    No.  No.

6          Q.    No, you didn't perform work?

7          A.    I don't understand the question then.

8          Q.    Fair enough.

9                Was there ever a time when your shift

10   was cancelled and you went home and did not

11   perform any work that day for Project OHR?

12         A.    I don't remember.

13         Q.    Why might a shift be cancelled?

14         A.    Patient could have been in the

15   hospital.

16         Q.    You mentioned a            earlier.

17               Do you remember when you started

18   caring for          ?

19         A.    In January 2006.

20         Q.    What shifts did you typically work

21   for Ms.       ?

22         A.    This was a live-in case on Saturdays

23   and Sundays, and sometimes I would work as a

24   replacement for my colleagues.

25         Q.    Is the "live-in shift" the same thing

1                    N. Severin

2      as a "sleep-in shift"?

3          A.    This is a question for a linguist.

4      We call them both.

5          Q.    How long did you care for Ms. █?

6          A.    To September 2008.

7          Q.    So was that about two-and-a-half

8      years?

9          A.    Thirty-three months.

10         Q.    Would you consider that a long time?

11         A.    I think, yes.

12         Q.    Did Ms. █ live in an apartment?

13         A.    Yes.

14         Q.    Can you describe Ms. █

15     apartment?

16         A.    Two rooms, rather big, and a kitchen

17     and a small hallway.

18         Q.    Okay.  Was one -- the two rooms, can

19     you describe those rooms?

20         A.    There was a fair amount of furniture

21     in these two rooms, old-fashioned furniture and

22     heavy.

23               MR. ARNOLD:  And what?

24               THE INTERPRETER:  And heavy.

25               MR. ARNOLD:  Oh, got it.

1          N. Severin

2          THE INTERPRETER:  Heavy

3     old-fashioned.

4     A.     There were beds and bed stands, and a

5     table in the living room.  There were no doors.

6     Q.     Was the living room one of the two

7     rooms?

8     A.     There were two different rooms, but

9     they didn't have doors in them.  Each of these

10    rooms did not have a door.

11    Q.     Were these two rooms next to each

12    other?

13    A.     No, the kitchen was between them.

14         MR. ARNOLD:  Okay.  Let's mark this

15         as Defendants' Exhibit No. 13.  They're

16         documents Bates stamped 02370 -- I take

17         that back, sorry.  D02364 to D02370.

18         MS. SMITH:  I have a different number

19         here.

20         MR. ARNOLD:  Give me two minutes.

21         I'll be right back.

22              (Recess is taken.)

23         MR. ARNOLD:  I apologize about that.

24         Let's go back.

25         This is No. 13, Defendants' Exhibit

1                      N. Severin

2        Q.    Did Ms. ▮▮▮▮  have difficulty moving?

3        A.    She was blind.  She did not have

4   difficulty moving.

5              However, without a walking stick,

6   this was really dangerous because at any given

7   moment she could have hit herself on the wall or

8   slip and fall, stumble and fall.

9        Q.    Did she take any medicine?

10       A.    Yes.

11       Q.    Did she ever take a nap?

12       A.    For a very short time.

13       Q.    Did any of your other clients take

14  naps?

15       A.    For a short time.

16       Q.    Did the length of your other clients'

17  nap differ depending on the client?

18       A.    It was different, but it was always

19  usually very short.

20       Q.    And what about when your clients went

21  to sleep at night?  Did the period of time they

22  slept differ from client to client?

23       A.    Mostly my clients did not sleep.

24       Q.    Okay.  Did your clients stay up 24

25  hours a day?

1                    N. Severin

2          A.    Sometimes it would be necessary to

3     change their Pampers and also to turn them.

4          Q.    Were any of your clients -- did any

5     of your clients take medication that made them

6     drowsy?

7          A.    I don't know why they were drowsy.

8          Q.    Where would Ms. ▓▓▓▓▓ eat in her

9     apartment?

10         A.    She eat in the kitchen.  She eat in

11    my room.  Sometimes she eat in my room.  You

12    know, she was 99 years old and then when I was

13    leaving her, she was 101.

14         Q.    Pretty amazing.

15         A.    She was blessed by God.

16         Q.    That's pretty amazing.

17               So I take it she couldn't bathe

18    herself?

19         A.    She needed help.

20         Q.    How long would it typically take for

21    you to bathe Ms. ▓▓▓▓▓?

22         A.    Ms. ▓▓▓▓▓ loved to bathe.  Well, you

23    know, she was kind of swimming in her bathtub,

24    enjoying herself, and she could easily spend an

25    hour or more.

1                    N. Severin

2        Q.    Would she get water on the bathroom

3    floor when she would take a bath?

4        A.    If any water sometimes spilled on the

5    floor, I would make 300 percent attempt to make

6    sure that it's not on the floor.

7        Q.    Did you assist Ms.        with going

8    to the bathroom?

9        A.    Yes, otherwise she wouldn't be able

10   to do it.

11        Q.    And how long would it typically take

12   for you to help her go to the bathroom?

13        A.    At nights it would be for a very long

14   time.

15        Q.    What about during the day?

16        A.    Shorter.

17        Q.    And why would it differ depending day

18   or night?

19        A.    At night she would behave

20   differently.

21        Q.    You said that she didn't know the

22   difference between day and night.

23        A.    But this particular process you're

24   asking about was different.  See, for example,

25   at nights she tried to administer herself

Page 104

1                          N. Severin

2          A.    Well, not so long.

3          Q.    How long is not so long?

4          A.    Five, ten minutes.

5          Q.    Would it take longer to dress her to

6     go outside than it would to dress her for bed?

7          A.    It took more time to put clothes on

8     her than to take off her clothes.

9          Q.    Where would Ms. ███████ spend most of

10    her time?

11         A.    Mostly she was just walking in the

12    apartment, strolling.

13         Q.    And you would supervise her strolling

14    in the apartment?

15         A.    No.  I worked like a see dog.  I was

16    walking near her.

17               THE INTERPRETER:  Seeing dog.

18               MR. ARNOLD:  Thank you.

19               THE INTERPRETER:  What do you mean --

20               MR. ARNOLD:  Oh, seeing eye dog.

21               THE INTERPRETER:  Seeing eye dog,

22         yeah.

23         A.    Yes, I worked as a seeing eye dog

24    because she was -- she could have fell down.

25         Q.    How often does Ms. ███████ Plans of

1                    N. Severin

2    Care indicate that her laundry should be done?

3              THE INTERPRETER:  Her laundry?

4              MR. ARNOLD:  Yes.

5              (Interpreting.)

6         A.    Weekly.

7         Q.    How often -- and would you do

8    Ms.          laundry?

9         A.    Yes, but happened like three times a

10   day.

11        Q.    How long would it take you to do

12   Ms.          laundry?

13        A.    From two hours to twenty minutes.

14             MR. ARNOLD:  Two hours and 20 minutes

15        or two hours --

16             THE INTERPRETER:  From 20 minutes to

17        two hours.

18             MR. ARNOLD:  Thank you.

19   BY MR. ARNOLD:

20        Q.    And would you do her laundry -- why

21   would you do her laundry more than once a day?

22        A.    Blind people very often soil their

23   bedding and clothing.

24        Q.    Did you ever have a client that went

25   through an entire day where they did not soil

Page 106

```
1                        N. Severin
2     themselves?
3          A.    Yes.
4          Q.    How often does the        Plan of Care
5     indicate that you should make her bed?
6          A.    Daily.
7          Q.    And how often did you make
8     Ms.        bed?
9          A.    Sometimes up to three times.
10         Q.    And why would you need to make her
11    bed up to three times?
12         A.    For the same reason; she was blind,
13    so she could have taken her bed sheet off of the
14    bed, she could have soiled it, she could have
15    also get entangled in her bedding.
16         Q.    How often do the        Plans of Care
17    indicate that the household should be dusted,
18    vacuumed or mopped?
19         A.    They say once a month -- a week.
20         Q.    How often does the Plan of Care say
21    her bathroom should be cleaned?
22               THE INTERPRETER:   She's asking where
23         is it.  Here.
24               (Document review.)
25         A.    Weekly, but it's just laughable.
```

1                    N. Severin

2    It's funny statement.

3         Q.    And why is that a funny statement?

4         A.    Because she was a blind person, so I

5    had to clean her bathroom several times.  What's

6    more, she could urinate on the floor,

7    particularly during the nighttime.

8              [In English]  Many times.

9         Q.    So you had to make sure it was clean

10   so she wouldn't urinate.

11        A.    Yes, I had to make sure that

12   everything was clean and dry.

13        Q.    How often does the ▮▮▮▮ Plan of Care

14   indicate that Ms. ▮▮▮▮▮ kitchen should be

15   cleaned?

16        A.    Once a week.

17        Q.    And how often does the ▮▮▮▮ Plans of

18   Care indicate that the refrigerator should be

19   cleaned?

20        A.    Every month.

21        Q.    Did you ever clean Ms. ▮▮▮▮▮

22   refrigerator?

23        A.    Yes.

24        Q.    After you cleaned Ms. ▮▮▮▮▮

25   refrigerator, when would be the next time that

1                   N. Severin

2    you would clean Ms. ███████ refrigerator?

3        A.    Well, officially in a month.

4              However, in reality I could have done

5    it in a week.

6        Q.    Okay.  What would you do to clean the

7    refrigerator?

8        A.    I took all the food stuff out of the

9    refrigerator and washed it, and then I would pat

10   it dry and then I put or would put all the food

11   stuff back.

12       Q.    And how much food stuff was to

13   cleaned in the refrigerator?

14       A.    There was not much food there.

15       Q.    How long would it typically take you

16   to finish cleaning the refrigerator?

17       A.    An hour, hour-and-a-half.

18       Q.    What type of a refrigerator did --

19   withdrawn.

20             How big was ███████ refrigerator?

21       A.    Like me, tall as I am.

22       Q.    So a standard size?

23       A.    [In English] Standard.

24             [Through the Interpreter]  Standard.

25       Q.    Did you ever pick up medicine for

Page 109

1                  N. Severin

2    Ms. ▮?

3        A.    I was never able to leave the house

4    when she was there, since she was in the house.

5        Q.    At some point in time you stopped

6    caring for Ms. ▮; is that correct?

7        A.    When I was allowed to leave this

8    case.

9        Q.    Okay.  And --

10       A.    To quit working for this case.

11       Q.    After that case was finished, do you

12   remember if you worked any more sleep-in shifts

13   for Project OHR?

14       A.    Several replacements.

15       Q.    Okay.  After you were done with

16   Ms. Lazar's case, did you usually work hourly

17   shifts for the rest of your employment?

18       A.    Yes.

19       Q.    And did you work hourly shifts on the

20   weekdays sometimes?

21       A.    Yes, but most often my shifts were on

22   Saturdays and Sundays.

23       Q.    Was there ever a week when you worked

24   at Project OHR when you worked less than 40

25   hours?

1                         N. Severin

2    the Defendants' Exhibit No. 10?

3               (Document review.)

4         Q.    If you can please turn to the page

5    that's marked P17?

6               (Witness complies.)

7         Q.    Earlier we looked at the fifth

8    paragraph down that reads, among other things,

9    "Home attendants are neither required nor

10   permitted to perform heavy duty cleaning

11   tasks..." and then several are listed.

12              Do you remember that?

13        A.    Yes.

14        Q.    Ms. Severin, when you were employed

15   by Project OHR, did you ever wash windows or

16   blinds for an OHR client?

17        A.    Very often.

18        Q.    And when you were employed by Project

19   OHR, did you ever move furniture at OHR clients'

20   houses?

21        A.    Yes.

22        Q.    Can you say how often?

23        A.    For a client like ███████, almost

24   daily.

25        Q.    Did you ever wax floors when you were

N. Severin

1
2       employed by Project OHR for OHR's clients?

3           A.      They didn't have floors that required
4       waxing.

5           Q.      And when you were employed by Project
6       OHR, did you ever do laundry by hand for any of
7       OHR's clients?

8           A.      Very often, several times a day.

9           Q.      Ms. Severin, can you look at a
10      document marked as Defendants' Exhibit No. 7?

11                  (Document review.)

12          A.      Yes.

13          Q.      Do you recall writing this letter?

14          A.      Yes.

15          Q.      What were the circumstances that led
16      to you deciding to write this letter?

17          A.      At the time I worked on
18      case, I completely forgot what is it to sleep
19      through the night.  Well, I was very tired and I
20      was frightened to learn that such jobs exist at
21      all.

22          Q.      Was there anything else that you
23      remember about the circumstances that caused you
24      to write that letter?

25          A.      No.

1                      N. Severin
2     would anybody else come in during those four
3     days to do any kind of household chores?
4          A.    Nobody.
5          Q.    And when you were working at
6     Ms.            house, did you dust -- how often
7     did you dust, vacuum or mop?
8               MR. ARNOLD:   Object.
9          A.    Well, every day and probably I mopped
10    several times a day because I like to work in
11    clean environment.
12         Q.    And when you were working for
13    Ms.         , how often did you clean her
14    bathroom?
15         A.    Every day.
16         Q.    When you were working for
17    Ms.         , how often did you clean her
18    kitchen?
19         A.    Once or twice a day.
20         Q.    And when you were working for
21    Ms.         , how often did you clean her
22    refrigerator?
23         A.    [In English] Weekly.
24               [Through the Interpreter]   Weekly.
25         Q.    Could you please turn to Defendants'

1                    N. Severin

2    any household chores or cleaning?

3              MR. ARNOLD:  Object.

4         A.    No.

5         Q.    And when you were working for

6    Ms. ▮▮▮▮▮, how often did you dust, vacuum or mop

7    in her house?

8              MR. ARNOLD:  Object.

9         A.    Several times a day.  Several.

10        Q.    When you were working for Ms. ▮▮▮▮▮,

11   how often did you clean her bathroom?

12        A.    Sometimes it would be five times a

13   day and the same amount of times at night.

14        Q.    When you were working with Ms. ▮▮▮▮▮,

15   how often did you clean the kitchen?

16        A.    Two to three times daily.

17        Q.    Now when you were working for

18   Ms. ▮▮▮▮▮, how often did you clean the

19   refrigerator?

20        A.    Every week.

21        Q.    Okay.  Thank you.

22              Looking at the list of household

23   chores that's listed at the bottom of

24   Exhibit 13, are there any household chores that

25   are not on this list that you nonetheless had to

1                         N. Severin

2    do for clients of Project OHR?

3                MR. ARNOLD:  Objection.

4         A.    I think, yes, but right now I'm not

5    ready to list them.

6         Q.    Can you not think of any other

7    cleaning tasks that you did for OHR that aren't

8    on this list?

9         A.    I don't remember now.

10               MS. SMITH:  No further questions.

11               MR. ARNOLD:  Just a couple more.

12   FURTHER EXAMINATION BY

13   MR. ARNOLD:

14        Q.    You mentioned there was a client that

15   you didn't want to go in the kitchen because she

16   thought she would turn off the gas.

17               Do you recall that testimony?

18        A.    ▇▇▇▇▇▇.

19        Q.    And would you try to prevent her from

20   going into the kitchen?

21        A.    Yes, I tried to distract her

22   attention and to switch her attention to

23   something else.

24        Q.    And did you prepare Mrs. ▇▇▇▇▇▇▇

25   meals?

Page 121

```
1                         N. Severin
2         A.    I don't remember.
3         Q.    Okay.  Did Ms. ████████ ever use her
4    refrigerator?
5         A.    She has forgotten what it was.
6         Q.    I'm sorry?
7         A.    She had forgotten what it was, a
8    refrigerator.
9         Q.    You're saying Ms. ████████ did not
10   know what a refrigerator was?
11        A.    She was demented completely.  Has
12   Alzheimer's.
13        Q.    The question was did she ever use her
14   refrigerator.
15        A.    No.
16        Q.    So during a shift for Ms. ████████,
17   were you the only one using the refrigerator?
18        A.    Yes.
19        Q.    Do you consider yourself a messy
20   person?
21              MS. SMITH:  Objection.
22        A.    No.  I actually put everything in
23   order.
24        Q.    Okay.
25              MR. ARNOLD:  I'm good.  No more
```

1

2          questions.   Thank you very much for coming

3          in today.   Nice to meet you.

4                (Time noted:   2:38 p.m.)

5

6          _____

7                      NATASHA VITTORIA SEVERIN

8

9

10    Subscribed and sworn to before me

11    this     day of          20011.

12

13    _____

14

15

16

17

18

19

20

21

22

23

24

25

Page 123

1

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK          )

5                        )  ss.:

6    COUNTY OF WESTCHESTER    )

7

8              I, ANNETTE ARLEQUIN, a Notary Public

9         within and for the State of New York, do

10        hereby certify:

11             That NATASHA VITTORIA SEVERIN, the

12        witness whose deposition is hereinbefore

13        set forth, was duly sworn by me and that

14        such deposition is a true record of the

15        testimony given by such witness.

16             I further certify that I am not

17        related to any of the parties to this

18        action by blood or marriage; and that I am

19        in no way interested in the outcome of this

20        matter.

21             IN WITNESS WHEREOF, I have hereunto

22        set my hand this 30th day of September, 2011.

23

24        _____

25             ANNETTE ARLEQUIN, CCR, RPR

Page 127

1

2        ERRATA SHEET FOR THE TRANSCRIPT OF:

3    CASE NAME:   SEVERIN v. PROJECT OHR

4    DATE:        SEPTEMBER 20, 2011

5    DEPONENT:    NATASHA VITTORIA SEVERIN

6    Pg.   Ln.    Now Reads    Should Read    Reason

7    100   25    hour or more hour or more forth whole procedure (did'nt finish)

8    ___   ___   _____   _____   _____

9    ___   ___   _____   _____   _____

10   ___   ___   _____   _____   _____

11   ___   ___   _____   _____   _____

12   ___   ___   _____   _____   _____

13   ___   ___   _____   _____   _____

14   ___   ___   _____   _____   _____

15   ___   ___   _____   _____   _____

16   ___   ___   _____   _____   _____

17

18                    R Severn

19                    NATASHA VITTORIA SEVERIN

20   SUBSCRIBED AND SWORN BEFORE ME

21   THIS 9 DAY OF November  2011.

22                                   MAROUSSIA D. DIMITROV
                                     NOTARY PUBLIC. State of New York
23   _____          No. 01DI6031959
                                     Qualified in Kings County  13
                                     Commission Expires 10/12/20___

24   (Notary Public)

25   MY COMMISSION EXPIRES: 10/12/2013