# Exhibit 6



# Employee Maintenance

| Add | Delete | Edit | Find | Print | Cancel | Exit |

Last Name: SEVERIN   First Name: NATASHA   Initial:   Title:
Emp #: 081503   Emp SS#:   Status: Terminated   Loc: 001

**Switch To:**

## Personal and Demographic

Address 1: 1201 OCEAN PKWY
Address 2: APT # 5-G
City: BROOKLYN   State: NY   Zip: 11230-
County/Borough:

**Telephone Numbers**
#1 (646) 541-6028   Ext.   Type: CELLULAR
#2   Ext.   Type:
#3   Ext.   Type:

Email Address:
In Case Of Emergency Contact: JUDITH GOLDSMITH
Emergency Telephone Number: (516) 374-6899

Birth Date: 6/4/1952
Sex: F
Race: White not Hispanic
Maiden Name: VOROTNYAK

### Work Related Information

Hire Date: 1/29/05   Term Date: 12/8/10   Rehire Date: 7/27/05
First Day Worked: 1/29/05   Last Raise Date:
Classification: PCA   Supervisor?: ☐
Coordinator: 53508   Team:
Transpt
District   Pickup: ☐

Switch To: Availability / Schedule / Skills / Exclusions / History / Notes / Payroll Info / Status Change / Contracts / Compliance / Training / Supervisory / Mailing Address

D01188



# PROJECT OHR, INC.

*I affirm by my signature below that on*

__5__ / __26__ / __2010__
DATE

*I attended a three hour in-service training session on the topic listed below:*

### PART II

Standard Precautions ~Proper hand washing technique.
Exposure Control and Hepatitis B Vaccination Information.
Safety in the Home and in the Community.
Monitoring for Elder Abuse and Neglect.
Reviewing the Plan of Care
Distribution of Personal Protective Equipment.

_Natasha Severin_
Home Attendant Name (Print)

_R Severin_
Signature

D01216

# Evaluation: Part II

Home Attendant's Name **Natasha Severin** Date **5/26/10**

Evaluator's Signature **N. Mallory RN** Score **100%**

**TRUE/FALSE:** Read each of the following statements. Circle the letter **T** if the statement is true. Circle the letter **F** if the letter is false.

| Statement | T | F |
|---|---|---|
| 1) Home attendants **must** wash their hands before and after caring for a client. | **T** | F |
| 2) Handwashing and wearing gloves are the most important ways to prevent the spread of infection. | **T** | F |
| 3) Human blood can carry dangerous viruses such as hepatitis B, hepatitis C, and HIV | **T** | F |
| 4) Home attendants **must** always immediately report a needle stick to Project OHR. | **T** | F |
| 5) Hepatitis B virus is spread by contact with the blood or body fluids of an infected person. | **T** | F |
| 6) Home attendants should observe the client's home for a smoke detector/ carbon monoxide detector and a fire escape. | **T** | F |
| 7) Home Attendants **never** have to call the agency to report a client's fall. | T | **F** |
| 8) When caring for an elderly client, the home attendant should observe for signs of abuse or neglect. | **T** | F |
| 9) If the home attendant suspects elder abuse, it should be reported immediately to Project OHR. | **T** | F |
| 10) Dehydration, bed sores and poor hygiene are examples of neglect. | **T** | F |
| 11) The home attendant is responsible for reviewing and following the client's Plan of Care. | **T** | F |
| 12) Home attendants should check the client's skin regularly. | **T** | F |
| 13) Client's diagnoses are not indicated on the Plan of Care because it is confidential information. | **T** | F |
| 14) The Plan of Care **does not** reflect client's needs for assistance with ambulation and transferring. | T | **F** |

D01217

# PROJECT OHR INC.

## EMPLOYEE EVALUATION

ATTENDANT NAME: __Natasha Severin__
                              first                        last

CLIENT I.D. NUMBER: __Repl.__

SCHEDULE: ___ hrs/day  X  ___ days/week   START DATE WITH CLIENT: ___/___  month/year

SKILL LEVEL REQUIRED FOR ASSIGNED CLIENT: HIGH ___ MOD ___ LOW ___

|  | EXC | VERY GOOD | GOOD | FAIR | POOR |
|---|---|---|---|---|---|
| ATTENDANCE/PUNCTUALITY | | ✓ | | | |
| COMPLETES TASKS IN APPROPRIATE TIME FRAMES | | ✓ | | | |
| PERSONAL APPEARANCE | | ✓ | | | |
| NOTIFIES AGENCY OF ANY CLIENT CHANGES, INJURIES OR PROBLEMS | | ✓ | | | |
| ATTITUDE/COOPERATION | | ✓ | | | |
| CAPACITY TO ACCEPT & FOLLOW DIRECTION AND SUPERVISION | | ✓ | | | |
| DEPENDABILITY/RELIABILITY | | ✓ | | | |
| CAN TAKE NECESSARY ACTIONS WHEN SITUATION WARRANTS | | ✓ | | | |
| QUALITY OF WORK/COMPETENCE IN CLIENT CARE | | ✓ | | | |
| JOB KNOWLEDGE/SKILL LEVEL | | ✓ | | | |
| CONSIDERATION OF CLIENT NEEDS | | ✓ | | | |
| RELATIONSHIP WITH CLIENT & FAMILY | | ✓ | | | |

OVERALL ATTENDANT EVALUATION:  LOW  1  2  3  4  5  6  7  (8)  9  HIGH 10

PERSONNEL SPECIALIST COMMENTS: | ATTENDANT COMMENTS:

PERSONNEL SPECIALIST SIGNATURE  DATE  05/26/10

I HAVE REVIEWED THIS EVALUATION AND RECEIVED A COPY.

HOME ATTENDANT SIGNATURE  R. Severn   DATE 05/26/10

OHR-20
REV 9/96

FILE COPY

D01218

# PROJECT OHR, INC.

MAIDEN LANE, 10TH FLOOR — NEW YORK, N.Y. 10038 — PHONE (718) 853-2700    HOME ATTENDANT SERVICES

PROJECT OHR, INC.

SLEEP-IN-AGREEMENT

I, _Natasha Severin_, agree to work as a weekend
   Home Attendant Name (Print)

sleep-in attendant for a minimum period of six months. I understand that my offer of employment with Project OHR is dependent on my availability to work weekend sleep-in assignments.

Failure to comply will result in my termination from Project OHR.

_Severin_                                             11/17/04
Home Attendant Signature                              Date

_Mary David_                                          11/17/04
Agency Representative Signature                       Date

OHR-38
Rev 11/94

D01294

# PROJECT OHR, Inc.
## 80 MAIDEN LANE 10th Fl, NEW YORK, N.Y. 10038
## 212-497-5053

HOME ATTENDANT SERVICES

## ACCEPTANCE OF TEMPORARY ASSIGNMENTS

By my signature below, I hereby agree to accept temporary/replacement assignments until I am given a permanent assignment with Project OHR.

I understand that failure to accept temporary work on three (3) separate occasions will result in termination of my employment with Project OHR.

---

Моей подписью я подтверждаю, что буду временно работать на замене, пока не получу постоянную работу в Project OHR.
Я понимаю, что отказ от временной работы предложенной мне в трех отдельных случаях приведет к увольнению с работы.


_R Severin_
Home Attendant Signature

11. 17. 04
Date

_Mary David_
Agency Representative

11-17-04
Date

D01295

# PROJECT OHR, INC.

## ORIENTATION CHECKLIST

EMPLOYEE NAME : _Natasha Severin_

POSITION : _PCA_

DATE OF ORIENTATION : _1 / 19 / 2005_

| TOPIC | EMPLOYEE INITIALS |
|---|---|
| 1) JOB DESCRIPTION | ns |
| 2) PHOTO ID | ns |
| 3) EMERGENCY DISASTER PREPAREDNESS POLICY | ns |
| 4) PATIENT BILL OF RIGHTS AND PATIENT CONFIDENTIALITY | ns |
| 5) EMPLOYEE PERSONNEL POLICIES AND PRACTICES | ns |
| 6) HIV CONFIDENTIALITY | ns |
| 7) ADVANCE DIRECTIVES | ns |
| 8) INFECTION CONTROL/ UNIVERSAL PRECAUTIONS | ns |
| 9) PLAN OF CARE | ns |
| 10) GRIEVANCE PROCEDURES | ns |

BY MY INITIALS ABOVE AND MY SIGNATURE BELOW, I AFFIRM THAT I HAVE RECEIVED A COMPREHENSIVE EMPLOYEE ORIENTATION WHICH INCLUDED ALL OF THE TOPICS LISTED ABOVE. I UNDERSTAND THAT IT IS MY RESPONSIBILITY AS A PROJECT OHR EMPLOYEE TO BE KNOWLEDGEABLE OF AND ABIDE BY ALL THE RULES AND REGULATIONS GOVERNING MY EMPLOYMENT.

EMPLOYEE SIGNATURE: _N Severin_   DATE: _1 / 19 / 2005_

REVIEWED BY: _N. Belous_   DATE: _01 / 19 / 05_

REV 5/98

D01289