# Exhibit 12a



MEDICAL REQUEST FOR HOME CARE

Human Resources Administration
Home Care Services Program
Form M-11q (Page 1)
03/02

RETURN COMPLETED FORM TO: GSS District Office 7 Attn.: Case Load No. K12C3 ✓
Address 2865 W 8th St. 2nd Floor BROOKLYN, NY Boro
Zip Code Tel. No. (718) 265-5512

| Date Returned to/Received by GSS |
|---|
| MAY 10 2005 |
| FOR GSS USE ONLY |

I. CLIENT INFORMATION

| PATIENT'S NAME | BIRTHDATE | SOCIAL SECURITY NUMBER | MEDICAID NO. |
|---|---|---|---|
| Client # 082506 | | [redacted] | [redacted] |

| HOME ADDRESS (No. & Street) | BORO | ZIP CODE | TELEPHONE NO. |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

Hospital/Clinic Chart No. | Contact Person | Contact Tel. No.

II. MEDICAL STATUS

PATIENT'S MEDICAL RELEASE: I hereby authorize all physicians and medical providers to release any information acquired in the course of my examination of treatment to the New York City HRA/ Dept. of Social Services in connection with my request for home care.

DATE: SIGNATURE(X)

How long have you treated the patient? 12/29/79 Date of this examination: 4/19/05 Place of this examination: office Date of next examination:

A. CURRENT CONDITION

| DATE OF ONSET | | Check (✓) prognosis of each | Anticipated Recovery in 6 months (✓) | Chronic Condition (✓) | Deterioration of Present Function Level (✓) |
|---|---|---|---|---|---|
| | 1. PRIMARY DIAGNOSIS | Macular Degeneration, Type 2 diabetes | | | |
| | 2. SECONDARY DIAGNOSIS | Hyperlipidemia | | | |
| | 3. | Arteriosclerosis | | | |
| | 4. | Venous insuffic., Arthritis | | | |
| | 5. | S/P (L) hip Fx. | | | |

B. HOSPITAL INFORMATION

☐ CURRENTLY IN: (Hospital Name) ADMISSION DATE:

Reason for HOSPITALIZATION: EXPECTED DATE OF DISCHARGE:

C. MEDICATION

| | | DOSAGE | ORAL or PARENTERAL | FREQUENCY |
|---|---|---|---|---|
| 1. | Pravachol | 40 | po | qd |
| 2. | ASA | 81 ec | po | qd |
| 3. | Tylenol | ES | prn | prn |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |

INDICATE PATIENT'S ABILITY TO TAKE MEDICATION: (*)

1. ☐ can self-administer
2. ☑ needs reminding
3. ☑ needs supervision
4. ☑ needs help with preparation
5. ☑ needs administration

(*) If patient CANNOT self-administer medication

(a) can he/she be trained to self-administer medication? ☐ Yes ☑ No If No, indicate why not:
Has Macular Degeneration

(b) What arrangements have been made for the administration of medications? Son is aware

CONFIDENTIAL
D03711

SSN: [redacted]
Form M-11q
03/02

D. IMPAIRMENTS

Does the patient have any of the following impairments? [✓] Yes [ ] No

If there is an impairment, indicate by check ( ✓ ) type and degree of impairment:

SENSORY IMPAIRMENT

| | PARTIAL | TOTAL |
|---|---|---|
| 1. Speech | [ ] | [✓] |
| 2. Sight | [ ] | [✓] |
| 3. Hearing | [✓] | [ ] |

MUSCULAR/MOTOR IMPAIRMENT

| | PARTIAL | TOTAL |
|---|---|---|
| 1. Dominant hand/arm | [ ] | [ ] |
| 2. Other hand/arm | [ ] | [ ] |
| 3. Muscular Coordination | [ ] | [ ] |
| Upper Extremities | [ ] | [ ] |
| Lower Extremities | [✓] | [ ] |

CARDIOVASCULAR/RESPIRATORY IMPAIRMENT

| | PARTIAL | TOTAL |
|---|---|---|
| 1. Respiratory function | [ ] | [ ] |
| 2. Cardiac function | [ ] | [ ] |
| 3. Circulation | [✓] | [ ] |

ELIMINATION
(Check ✓ )

| | Continent | Occasionally Incontinent | Incontinent |
|---|---|---|---|
| Bladder | ✓ | | |
| Bowel | ✓ | | |

Indicate reason for incontinence and what is currently being done: ______

E. MENTAL STATUS - Does the patient exhibit any of the following? [ ] Yes [ ] No If Yes, check appropriate boxes.

| | Sometimes | Always |
|---|---|---|
| 1. Disoriented to place/time | [ ] | [ ] |
| 2. Anxiety | [✓] | [ ] |
| 3. Agitation | [✓] | [ ] |
| 4. Short-term memory impairment | [ ] | [ ] |
| 5. Wandering | [ ] | [ ] |
| 6. Depression | [✓] | [ ] |
| 7. Impaired judgment | [✓] | [ ] |
| 8. Danger to others | [ ] | [ ] |
| 9. Danger to self | [✓] | [ ] |
| 10. Communication problems | [ ] | [ ] |
| 11. Sleep Disorder | [ ] | [ ] |
| 12. Abusive | [ ] | [ ] |

Describe the nature, frequency and effect on client's functioning for any area checked.
Attach additional documentation if necessary.

At times feels she is capable of more than she can really do and does not accept her disabilities, especially her sight. As such, she can be a danger to herself at times.

Is patient alert? [✓] Always [ ] Sometimes [ ] Never

Can patient direct a home care worker? [✓] Yes [ ] No If No, explain below.

______

F. MEDICAL TREATMENT Does the patient need any of the following medical treatment? [ ] Yes [ ] No
Indicate medical treatment needed: ( ✓ )

| Treatment | |
|---|---|
| 1. Decubitus Care | |
| 2. Dressings: Sterile | |
| Simple | |
| 3. Bed bound care (turning, exercising, positioning) | |
| 4. Ambulation exercise | |
| 5. ROM/Therapeutic exercise | |
| 6. Enema | |
| 7. Colostomy care | |
| 8. Ostomy care | |
| 9. Oxygen administration | |
| 10. Catheter care | |
| 11. Tube irrigation | |
| 12. Monitor vital signs | |
| 13. Tube feeding | |
| 14. Inhalation therapy | |
| 15. Suctioning | |
| 16. Speech/hearing therapy | |
| 17. Occupational therapy | |
| 18. Rehabilitation therapy | |
| 19. Indicate any special dietary needs | |
| 20. Other | |

For each treatment checked, indicate frequency recommended, how the service is currently being provided and what plans have been made to provide the service in the future: ( Attach additional documentation as necessary.)

______

CONFIDENTIAL

SSN: [redacted]
Form M-11q (Page 3)
03/02

G. EQUIPMENT/SUPPLIES

Please indicate which equipment/supplies the client has, needs or has been ordered.

| | Has | Needs | Ordered |
|---|---|---|---|
| Cane | ✓ | | |
| Crutches | | | |
| Walker | | | |
| Wheelchair | | | |
| Hospital Bed | | | |
| Side Rails | | | |

| | Has | Needs | Ordered |
|---|---|---|---|
| Bedpan/Urinal | | | |
| Commode | | | |
| Diapers | | | |
| Hoyer Lift | | | |
| Dressings | | | |
| Respiratory Aids | | | |

| | Has | Needs | Ordered |
|---|---|---|---|
| Bath Bar | | | |
| Bath Seat | | | |
| Grab Bar | | | |
| Shower Handle | | | |
| Other (Specify) | | | |

If any needed equipment was not ordered, what other plans have been made to meet this need?

## III. IDENTIFICATION OF SERVICE NEEDS

A. Indicate ability to ambulate/transfer:

| | Can | Cannot | Can with assistance of: Cane | Walker | Person | Other: | (Specify) |
|---|---|---|---|---|---|---|---|
| 1. Ambulate inside | | | | | ✓ | | |
| 2. Ambulate outside | | | | | ✓ | | |
| 3. Get up from seated position | | | | | ✓ | | |
| 4. Get up from bed | | | | | ✓ | | |
| 5. Transfer to commode | | | | | | | |
| 6. Transfer to wheelchair | | | | | | | |

B. Indicate any services needed ( ✓)

A. CHORE SERVICES:

- [✓] Cleaning
- [✓] Meal Prep
- [✓] Laundry
- [✓] Shopping
- [✓] Reheat Meals

B. PERSONAL CARE SERVICES:

| | Partial | Total |
|---|---|---|
| 1. Grooming | ☐ | ✓ |
| 2. Dressing | ☐ | ✓ |
| 3. Washing | ☐ | ✓ |
| 4. Bathing | ☐ | ✓ |
| 5. Feeding | ✓ | ☐ |
| 6. Toileting: Bedpan | ☐ | ☐ |
| Commode | ☐ | ☐ |

7. Other special toilet needs:

## IV. REFERRALS

Has a referral been made to any of these agencies: Certified Home Health Agency, Hospital-Based Home Care Agency, a Health Related Facility (HRF), a Skilled Nursing Facility (SNF) or the Lombardi Program? ☐ Yes * ☑ No

| * Identify AGENCY | SERVICE | STATUS OF SERVICE | REFERRAL DATE |
|---|---|---|---|
| | | | |

## PHYSICIAN'S CERTIFICATION

I, the undersigned physician, do certify that all the medical information contained within this form is both true and complete to the best of my knowledge and that I may be contacted for further clarification.

Robert Mond, M.D. — (PRINT) Physician's Name
Internal Medicine — Specialty
[signature] — Physician's Signature
☐ Intern ☐ Resident

4/19/08 — Date Form Completed
116720 — Registry No.
718-435-6555 — Telephone No.
Hospital Contact Person — Telephone No.

Indicate where form was completed:

Hospital/Clinic/Inst. Name — Address — Telephone No.

If nurse/social worker/other person assisted in completing this form:

Name — Title — Address — Telephone No.

SSN [redacted]
Form M
03/02

V. ADDITIONAL COMMENTS

Describe any other aspects of the patient's medical, social, family or home situation which affects the patient's ability to function, or may affect need for home care.

pt is legally blind due to [illegible] [illegible] degeneration [illegible]

pt has [illegible] hearing deficit

pt is unable to prepare own meals due to danger involved in using stove due to blindness

pt is fragile and requires F/T help

| Signature of Person Completing Additional Comments Section | Title | Date |
|---|---|---|
| [signature] | | 4/19 |
| | Agency | |

CONFIDENTIAL

The City of New York

The City of New York
Office of Home Care Services

# MEDICAL REQUEST FOR HOME CARE

FORM M-11q(Page1)
Rev. 3/84

CASA VII

RETURN COMPLETED FORM TO: GSS District Office # ______ Attn: Caseload No. K10C3

Address ______ Boro ______

Date Returned to/Received by GSS
INTAKE
2006 JUN 13 A 11:36
FOR GSS USE ONLY

## I. CLIENT INFORMATION

ZIP Code ______ Tel. No. ______

| PATIENT'S NAME | BIRTHDATE | SOCIAL SECURITY NUMBER | MEDICAID NO. |
|---|---|---|---|
| Client # 082506 | [redacted] | [redacted] | [redacted] |

| HOME ADDRESS (No. & Street) | BORO | ZIP CODE | TELEPHONE NO. |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

| Hospital/Clinic Chart No. | | Contact Person | Contact Tel. No. |
|---|---|---|---|
| | | [redacted] | [redacted] |

## II. MEDICAL STATUS

PATIENT'S MEDICAL RELEASE: I hereby authorize all physicians and medical providers to release any information acquired in the course of my examination or treatment to the New York City HRA/Dept. of Social Services in connection with my request for home care.

DATE: ______ SIGNATURE (X) ______

How long have you treated the patient? 12/29/79 Date of this examination: 5/15/06 Place of this examination: office Date of next examination: ______

### A. CURRENT CONDITION

Check (✓) prognosis of each

| DATE OF ONSET | | Anticipated Recovery in 6 months (✓) | Chronic Condition (✓) | Detoriation of Present Function Level (✓) |
|---|---|---|---|---|
| | 1. PRIMARY DIAGNOSIS: Macular degeneration, Arteriosclerosis | | | |
| | 2. SECONDARY DIAGNOSIS: DVT - (R) lower extremity | | | |
| | 3. Type 2 diabetes, hyperlipidemia | | | |
| | 4. Venous insufficiency, Arthritis, S/P (R) hip fx | | | |
| | 5. Abdominal [illegible], Bilateral Baker's cyst | | | |

### B. HOSPITAL INFORMATION

☐ CURRENTLY IN: (Hospital Name) ______

ADMISSION DATE: ______

REASON FOR HOSPITALIZATION: ______

EXPECTED DATE OF DISCHARGE: ______

### C. MEDICATION

| | DOSAGE | ORAL or PARENTERAL | FREQUENCY |
|---|---|---|---|
| 1. Plavix | 20 mg | po | daily |
| 2. Zocor | 10 mg | po | daily |
| 3. Colace | 100 mg | po | TID |
| 4. Tylenol | 325 mg | 2 tabs po | q 6h prn |
| 5. Coumadin | 1 mg | 3 tabs po | daily except SA |
| 6. | | | |
| 7. | | | |

INDICATE PATIENT'S ABILITY TO TAKE MEDICATION: (*)

1. ☐ can self-administer?
2. ☐ needs reminding
3. ☐ needs supervision
4. ☐ needs help with preparation
5. ☑ needs administration

(*) If patient CANNOT self-administer medication:

(a) can he/she be trained to self-administer medication? ☐ Yes ☑ No If No, indicate why not: Pt. has macular degeneration & arteriosclerosis

(b) What arrangements have been made for the administration of medications? Son is around

CONFIDENTIAL
D03715

FORM M-11q (Page 2)
Rev. 3/84

**D. IMPAIRMENTS** – Does the patient have any of the following impairments? ☐ Yes ☐ No
If there is an impairment, indicate by check (✓) type and degree of impairment:

**SENSORY IMPAIRMENT**

| | PARTIAL | TOTAL |
|---|---|---|
| 1. Speech | ☐ | ☐ |
| 2. Sight | ☐ | ☑ |
| 3. Hearing | ☑ | ☐ |

**MUSCULAR/MOTOR IMPAIRMENT**

| | PARTIAL | TOTAL |
|---|---|---|
| 1. Dominant hand/arm | ☐ | ☐ |
| 2. Other hand/arm | ☐ | ☐ |
| 3. Muscular Coordination | ☐ | ☐ |
| Upper Extremities | ☐ | ☐ |
| Lower Extremities | ☑ | ☐ |

**CARDIOVASCULAR/RESPIRATORY IMPAIRMENT**

| | | TOTAL |
|---|---|---|
| 1. Respiratory function | ☐ | ☐ |
| 2. Cardiac function | ☐ | ☐ |
| 3. Circulation | ☑ | ☐ |

**ELIMINATION** (Check ✓)

| | Continent | Occasionally Incontinent | Incontinent |
|---|---|---|---|
| Bladder | ✓ | | |
| Bowel | ✓ | | |

Indicate reason for incontinence and what is currently being done:

**E. MENTAL STATUS** – Does the patient exhibit any of the following? ☑ Yes ☐ No If Yes, check appropriate boxes.

| | Sometimes | Always |
|---|---|---|
| 1. Disoriented to place/time | ☑ | ☐ |
| 2. Anxiety | ☑ | ☐ |
| 3. Agitation | ☑ | ☐ |
| 4. Short-term memory impairment | ☑ | ☐ |
| 5. Wandering | ☐ | ☐ |
| 6. Depression | ☑ | ☐ |
| 7. Impaired judgement | ☑ | ☐ |
| 8. Danger to others | ☐ | ☐ |
| 9. Danger to self | ☑ | ☐ |
| 10. Communication problems | ☐ | ☐ |
| 11. Sleep Disorder | ☐ | ☐ |
| 12. Abusive | ☐ | ☐ |

Describe the nature, frequency and effect on client's functioning for any area checked. Attach additional documentation if necessary.

*Pt. has had episodes of poor memory & disorientation. She has macular degeneration & has been anxious & depressed because of her disabilities. Tries to do more than she is capable of. As such she can be a danger to herself at times.*

Is patient alert? ☑ Always ☐ Sometimes ☐ Never

Can patient direct a home care worker? ☑ Yes ☐ No If No, explain below.

**F. MEDICAL TREATMENT** – Does the patient need any of the following medical treatment? ☐ Yes ☐ No
Indicate medical treatment needed: (✓)

| Treatment | |
|---|---|
| 1. Decubitus care | |
| 2. Dressings: Sterile | |
| Simple | |
| 3. Bedbound care (turning, exercising, positioning) | |
| 4. Ambulation exercise | |
| 5. ROM/Therapeutic exercise | |
| 6. Enema | |
| 7. Colostomy care | |
| 8. Ostomy care | |
| 9. Oxygen administration | |
| 10. Catheter care | |
| 11. Tube irrigation | |
| 12. Monitor vital signs | |
| 13. Tube feeding | |
| 14. Inhalation therapy | |
| 15. Suctioning | |
| 16. Speech/hearing therapy | |
| 17. Occupational therapy | |
| 18. Rehabilitation therapy | |
| 19. Indicate any special dietary needs | |
| 20. Other | |

For each treatment checked, indicate frequency recommended, how the service is currently being provided and what plans have been made to provide the service in the future: (Attach additional documentation as necessary.)

G. EQUIPMENT/SUPPLIES

FORM M-11q(Page 3)
Rev. 3/84

Please indicate which equipment/supplies the client has, needs or has been ordered.

| | Has | Needs | Ordered | | Has | Needs | Ordered | | Has | Needs | Ordered |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cane | ✓ | | | Bedpan/Urinal | | | | Bath Bar | | | |
| Crutches | | | | Commode | | | | Bath Seat | | | |
| Walker | | | | Diapers | | | | Grab Bar | | | |
| Wheelchair | | | | Hoyer Lift | | | | Shower Handle | | | |
| Hospital Bed | | | | Dressings | | | | Other(Specify) | | | |
| Side Rails | | | | Respiratory Aids | | | | | | | |

If any needed equipment was not ordered, what other plans have been made to meet this need?

## III. IDENTIFICATION OF SERVICE NEEDS

A. Indicate ability to ambulate/transfer:

| | Can | Cannot | Can with assistance of: Cane | Walker | Person | Other: | (Specify) |
|---|---|---|---|---|---|---|---|
| 1. ambulate inside | | | | | ✓ | | |
| 2. ambulate outside | | | | | ✓ | | |
| 3. Get up from seated position | | | | | ✓ | | |
| 4. Get up from bed | | | | | ✓ | | |
| 5. Transfer to commode | | | | | | | |
| 6. Transfer to wheelchair | | | | | | | |

B. Indicate any services needed (✓):

A. CHORE SERVICES:

- [✓] Cleaning
- [✓] Meal Prep
- [✓] Laundry
- [✓] Shopping
- [✓] Reheat Meals

B. PERSONAL CARE SERVICES:

| | Partial | Total |
|---|---|---|
| 1. Grooming | ✓ | |
| 2. Dressing | ✓ | |
| 3. Washing | ✓ | |
| 4. Bathing | | ✓ |
| 5. Feeding | ✓ | |
| 6. Toileting: Bedpan | | |
| Commode | | |

7. Other special toilet needs:

## IV. REFERRALS

Has a referral been made to any of these agencies: Certified Home Health Agency, Hospital-Based Home Care Agency, a Health Related Facility (HRF), a Skilled Nursing Facility (SNF) or the Lombardi Program? ☐ Yes * ☐ No

* Identify AGENCY | SERVICE | STATUS OF SERVICE | REFERRAL DATE

## PHYSICIAN'S CERTIFICATION

I, the undersigned physician, do certify that all the medical information contained within this form is both true and complete to the best of my knowledge and that I may be contacted for further clarification.

ROBERT MANN — (PRINT) Physician's Name

INT. MED — Specialty

[signature] — Physician's Signature

☐ Intern
☐ Resident

6/14/06 — Date Form Completed

116720 — Registry No.

718-4356555 — Telephone No.

Hospital Contact person

Telephone No.

Indicate where form was completed:

Hospital/Clinic/Inst. Name | Address | Telephone No.

If nurse/social worker/other person assisted in completing this form:

Name | Title | Address | Telephone No.

CONFIDENTIAL

D03717

FORM M-11q(Page4)
Rev. 3/84

## V. ADDITIONAL COMMENTS

Describe any other aspects of the patient's medical, social, family or home situation which affects the patient's ability to function, or may affect need for home care.

Patient has chronic DVT. Patient is legally blind (macular degeneration) which has gotten worse

Patient is 98 years old and has dementia. Patient is 98 years old and needs assistance getting in and out of bed and walking to and from the bathroom.

Patient needs to have 24 hour by 7 day care to avoid falls, to assure patient where she is and provide for her toiletting needs.

| Signature of Person Completing Additional Comments Section | Title | Date 6/1/06 |
|---|---|---|
| | Agency | |

The City of New York

The City of New York
Office of Home Care Services

# MEDICAL REQUEST FOR HOME CARE

FORM M-11q(Page1)
Rev. 3/84

C3

RETURN COMPLETED FORM TO: GSS District Office # ______ Attn: Caseload No. ______
Address ______ Boro ______
ZIP Code ______ Tel. No. ______

Date Returned to/Received by GSS

FOR GSS USE ONLY

## I. CLIENT INFORMATION

| PATIENT'S NAME | BIRTHDATE | SOCIAL SECURITY NUMBER | MEDICAID NO. |
|---|---|---|---|
| Client # 082506 | [redacted] | [redacted] | [redacted] |

| HOME ADDRESS(No. & Street) | BORO | ZIP CODE | TELEPHONE NO. |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

| Hospital/Clinic Chart No. | Contact Person | Contact Tel. No. |
|---|---|---|
| | [redacted] | [redacted] |

## II. MEDICAL STATUS

PATIENT'S MEDICAL RELEASE: I hereby authorize all physicians and medical providers to release any information acquired in the course of my examination or treatment to the New York City HRA/Dept. of Social Services in connection with my request for home care.

DATE: ______ SIGNATURE (X) ______

How long have you treated the patient? 12/29/79 Date of this examination: 5/7/07 Place of this examination: office Date of next examination: ______

### A. CURRENT CONDITION

Check (✓) prognosis of each

| DATE OF ONSET | | | Anticipated Recovery in 6 months (✓) | Chronic Condition (✓) | Detoriation of Present Function Level (✓) |
|---|---|---|---|---|---|
| | 1. PRIMARY DIAGNOSIS | Dementia, arteriosclerosis, macular degeneration | | | |
| | 2. SECONDARY DIAGNOSIS | Type 2 diabetes | | | |
| | 3. | Hyperlipidemia | | | |
| | 4. | Venous insufficiency, Arthritis | | | |
| | 5. | Abdominal [illegible] | | | |

### B. HOSPITAL INFORMATION

☐ CURRENTLY IN: (Hospital Name) ______ ADMISSION DATE: ______

REASON FOR HOSPITALIZATION: ______

EXPECTED DATE OF DISCHARGE:

### C. MEDICATION

| | DOSAGE | ORAL or PARENTERAL | FREQUENCY |
|---|---|---|---|
| 1. Zocor | 10 mg | po | daily |
| 2. ASA | 81 mg ec | po | daily |
| 3. Toprol XL | 50 mg | po | daily |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |

INDICATE PATIENT'S ABILITY TO TAKE MEDICATION: (*)

☐ can self-administer?
2. ☐ needs reminding
3. ☐ needs supervision
4. ☐ needs help with preparation
5. ☒ needs administration

(*) If patient CANNOT self-administer medication:

(a) Can he/she be trained to self-administer medication? ☐ Yes ☒ No If No, indicate why not: Has dementia & macular degeneration

(b) What arrangements have been made for the administration of medications? Spouse is [illegible]

CONFIDENTIAL
D03719

FORM M-11q(Page 2)
Rev. 3/84

D. IMPAIRMENTS – Does the patient have any of the following impairments? ☐ Yes ☐ No
If there is an impairment, indicate by check (✓) type and degree of impairment:

| SENSORY IMPAIRMENT | PARTIAL | TOTAL |
|---|---|---|
| 1. Speech | ☐ | ☐ |
| 2. Sight | ☐ | ☑ |
| 3. Hearing | ☑ | ☐ |

| MUSCULAR/MOTOR IMPAIRMENT | PARTIAL | TOTAL |
|---|---|---|
| 1. Dominant hand/arm | ☐ | ☐ |
| 2. Other hand/arm | ☐ | ☐ |
| 3. Muscular Coordination | ☐ | ☐ |
| Upper Extremities | ☐ | ☐ |
| Lower Extremities | ☑ | ☐ |

| CARDIOVASCULAR/RESPIRATORY IMPAIRMENT | | TOTAL |
|---|---|---|
| 1. Respiratory function | ☐ | ☐ |
| 2. Cardiac function | ☐ | ☐ |
| 3. Circulation | ☑ | ☐ |

ELIMINATION (Check ✓)

| | Continent | Occasionally Incontinent | Incontinent |
|---|---|---|---|
| Bladder | | ✓ | |
| Bowel | | ✓ | |

Indicate reason for incontinence and what is currently being done:

E. MENTAL STATUS – Does the patient exhibit any of the following? ☑ Yes ☐ No If Yes, check appropriate boxes.

| | Sometimes | Always |
|---|---|---|
| 1. Disoriented to place/time | ☑ | ☐ |
| 2. Anxiety | ☑ | ☐ |
| 3. Agitation | ☑ | ☐ |
| 4. Short-term memory impairment | ☐ | ☑ |
| 5. Wandering | ☐ | ☐ |
| 6. Depression | ☑ | ☐ |
| 7. Impaired judgement | ☑ | ☐ |
| 8. Danger to others | ☐ | ☐ |
| 9. Danger to self | ☑ | ☐ |
| 10. Communication problems | ☐ | ☐ |
| 11. Sleep Disorder | ☐ | ☐ |
| 12. Abusive | ☐ | ☐ |

Describe the nature, frequency and effect on client's functioning for any area checked. Attach additional documentation if necessary.

*Has had episodes of poor memory & disorientation. Has dementia & macular degeneration. As such can be danger to herself*

Is patient alert? ☑ Always ☐ Sometimes ☐ Never

Can patient direct a home care worker? ☒ Yes ☑ No If No, explain below. *Patient has dementia*

F. MEDICAL TREATMENT – Does the patient need any of the following medical treatment? ☐ Yes ☐ No
Indicate medical treatment needed: (✓)

| Treatment | |
|---|---|
| 1. Decubitus care | |
| 2. Dressings: Sterile / Simple | |
| 3. Bedbound care (turning, exercising, positioning) | |
| 4. Ambulation exercise | |
| 5. ROM/Therapeutic exercise | |
| 6. Enema | |
| 7. Colostomy care | |
| 8. Ostomy care | |
| 9. Oxygen administration | |
| 10. Catheter care | |
| 11. Tube irrigation | |
| 12. Monitor vital signs | |
| 13. Tube feeding | |
| 14. Inhalation therapy | |
| 15. Suctioning | |
| 16. Speech/hearing therapy | |
| 17. Occupational therapy | |
| 18. Rehabilitation therapy | |
| 19. Indicate any special dietary needs | |
| 20. Other | |

For each treatment checked, indicate frequency recommended, how the service is currently being provided and what plans have been made to provide the service in the future: (Attach additional documentation as necessary.)

G. EQUIPMENT/SUPPLIES

FORM M-11q(Page ) Rev. 3/84

Please indicate which equipment/supplies the client has, needs or has been ordered.

| | Has | Needs | Ordered | | Has | Needs | Ordered | | Has | Needs | Ordered |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cane | ✓ | | | Bedpan/Urinal | | | | Bath Bar | | | |
| Crutches | | | | Commode | | | | Bath Seat | | | |
| Walker | | | | Diapers | | | | Grab Bar | | | |
| Wheelchair | | | | Hoyer Lift | | | | Shower Handle | | | |
| Hospital Bed | | | | Dressings | | | | Other(Specify) | | | |
| Side Rails | | | | Respiratory Aids | | | | | | | |

If any needed equipment was not ordered, what other plans have been made to meet this need?

## III. IDENTIFICATION OF SERVICE NEEDS

A. Indicate ability to ambulate/transfer:

| | Can | Cannot | Can with assistance of: Cane | Walker | Person | Other: | (Specify) |
|---|---|---|---|---|---|---|---|
| 1. ambulate inside | | | | | ✓ | | |
| 2. ambulate outside | | | | | ✓ | | |
| 3. Get up from seated position | | | | | ✓ | | |
| 4. Get up from bed | | | | | ✓ | | |
| 5. Transfer to commode | | | | | ✓ | | |
| 6. Transfer to wheelchair | | | | | | | |

B. Indicate any services needed (✓):

A. CHORE SERVICES:

- [x] Cleaning
- [x] Meal Prep
- [x] Laundry
- [x] Shopping
- [x] Reheat Meals

B. PERSONAL CARE SERVICES:

| | Partial | Total |
|---|---|---|
| 1. Grooming | | ✓ |
| 2. Dressing | | ✓ |
| 3. Washing | | ✓ |
| 4. Bathing | | ✓ |
| 5. Feeding | | ✓ |
| 6. Toileting: Bedpan | | |
| Commode | | |

7. Other special toilet needs:

## IV. REFERRALS

Has a referral been made to any of these agencies: Certified Home Health Agency, Hospital-Based Home Care Agency, a Health Related Facility (HRF), a Skilled Nursing Facility (SNF) or the Lombardi Program? ☐ Yes * ☐ No

| * Identify AGENCY | SERVICE | STATUS OF SERVICE | REFERRAL DATE |
|---|---|---|---|
| | | | |
| | | | |

## PHYSICIAN'S CERTIFICATION

I, the undersigned physician, do certify that all the medical information contained within this form is both true and complete to the best of my knowledge and that I may be contacted for further clarification.

ROBERT MANN — (PRINT)Physician's Name

INTERNAL MEDICINE — Specialty

[signature] — Physician's Signature

☐ Intern ☐ Resident

5/7/10 — Date Form Completed

116720 — Registry No.

718 435-6135 — Telephone No.

Hospital Contact person

Telephone No.

Indicate where form was completed:

Hospital/Clinic/Inst. Name | Address | Telephone No.

If nurse/social worker/other person assisted in completing this form:

Name | Title | Address | Telephone No.

FORM M-11q(Page4)
Rev. 3/84

V. ADDITIONAL COMMENTS

Describe any other aspects of the patient's medical, social, family or home situation which affects the patient's ability to function, or may affect need for home care.

Patient has chronic DVT. Patient is legally blind (macular degeneration) which has gotten worse

Patient is 98 years old and has dementia. Patient is 99 years old and needs assistance getting in and out of bed and walking to and from the bathroom.

Patient needs to have 24 hour by 7 day care to avoid falls, to assure patient where she is and provide for her toiletting needs.

| Signature of Person Completing Additional Comments Section | Title | Date |
|---|---|---|
| | Agency | |

The City of New York

**MEDICAL REQUEST FOR HOME CARE**

Human Resources Administration
Home Care Services Program
Form M-11q (Page 1)
03/02

| Date Returned to/Received by GSS |
|---|
| FOR GSS USE ONLY |

RETURN COMPLETED FORM TO: GSS District Office 7 Attn.: Case Load No. KJ2A4
Address 2865 W 8th St. 2nd Floor BROOKLYN, NY 11224-3604 Boro
Zip Code Tel. No. (718) 265-5512

I. CLIENT INFORMATION

| PATIENT'S NAME | BIRTHDATE | SOCIAL SECURITY NUMBER | MEDICAID NO. |
|---|---|---|---|
| Client # 082506 | [redacted] | [redacted] | [redacted] |

| HOME ADDRESS (No. & Street) | BORO | ZIP CODE | TELEPHONE NO. |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

| Hospital/Clinic Chart No. | Contact Person | Contact Tel. No. |
|---|---|---|
| | [redacted] | [redacted] |

II. MEDICAL STATUS

PATIENT'S MEDICAL RELEASE: I hereby authorize all physicians and medical providers to release any information acquired in the course of my examination of treatment to the New York City HRA/ Dept. of Social Services in connection with my request for home care.

DATE: ______ SIGNATURE(X) ______

How long have you treated the patient? 12/29/79 Date of this examination: 5/27/08 Place of this examination: office Date of next examination: ______

A. CURRENT CONDITION

Check (✓) prognosis of each

| DATE OF ONSET | | | Anticipated Recovery in 6 months (✓) | Chronic Condition (✓) | Deterioration of Present Function Level (✓) |
|---|---|---|---|---|---|
| | 1. PRIMARY DIAGNOSIS | Dementia, arteriosclerosis, macular degeneration | | | |
| | 2. SECONDARY DIAGNOSIS | Type 2 diabetes, dyslipidemia | | | |
| | 3. | Arthritis | | | |
| | 4. | Venous insufficiency | | | |
| | 5. | Abdominal mass | | | |

B. HOSPITAL INFORMATION

☐ CURRENTLY IN: (Hospital Name) ______ ADMISSION DATE: ______

Reason for HOSPITALIZATION: ______ EXPECTED DATE OF DISCHARGE: ______

C. MEDICATION

| | | DOSAGE | ORAL or PARENTERAL | FREQUENCY |
|---|---|---|---|---|
| 1. | Zocor | 10mg | po | daily |
| 2. | ASA | 81mg ec | po | daily |
| 3. | Toprol XL | 50mg | po | daily |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |

INDICATE PATIENT'S ABILITY TO TAKE MEDICATION: (*)

1. ☐ can self-administer
2. ☐ needs reminding
3. ☐ needs supervision
4. ☐ needs help with preparation
5. ☒ needs administration

(*) If patient CANNOT self-administer medication

(a) can he/she be trained to self-administer medication? ☐ Yes ☒ No If No, indicate why not: Has dementia & macular degeneration

(b) What arrangements have been made for the administration of medications? Son is aware

CONFIDENTIAL
D03723

04713001920 2

SSN: [redacted]
Form M-11q (Page 2)
03/02

D. IMPAIRMENTS — Does the patient have any of the following impairments? [ ] Yes [ ] No
If there is an impairment, indicate by check ( ✓ ) type and degree of impairment:

**SENSORY IMPAIRMENT**

| | PARTIAL | TOTAL |
|---|---|---|
| 1. Speech | [ ] | [ ] |
| 2. Sight | [ ] | [✓] |
| 3. Hearing | [✓] | [ ] |

**MUSCULAR/MOTOR IMPAIRMENT**

| | PARTIAL | TOTAL |
|---|---|---|
| 1. Dominant hand/arm | [ ] | [ ] |
| 2. Other hand/arm | [ ] | [ ] |
| 3. Muscular Coordination | [ ] | [ ] |
| Upper Extremities | [ ] | [ ] |
| Lower Extremities | [✓] | [ ] |

**CARDIOVASCULAR/RESPIRATORY IMPAIRMENT**

| | PARTIAL | TOTAL |
|---|---|---|
| 1. Respiratory function | [ ] | [ ] |
| 2. Cardiac function | [✓] | [ ] |
| 3. Circulation | [✓] | [ ] |

ELIMINATION (Check ✓ )

| | Continent | Occasionally Incontinent | Incontinent |
|---|---|---|---|
| Bladder | | ✓ | |
| Bowel | | ✓ | |

Indicate reason for incontinence and what is currently being done: ____

E. MENTAL STATUS - Does the patient exhibit any of the following? [✓] Yes [ ] No If Yes, check appropriate boxes.

| | Sometimes | Always |
|---|---|---|
| 1. Disoriented to place/time | [✓] | [ ] |
| 2. Anxiety | [✓] | [ ] |
| 3. Agitation | [✓] | [ ] |
| 4. Short-term memory impairment | [ ] | [✓] |
| 5. Wandering | [ ] | [ ] |
| 6. Depression | [✓] | [ ] |
| 7. Impaired judgment | [✓] | [ ] |
| 8. Danger to others | [✓] (scribbled) | [ ] |
| 9. Danger to self | [✓] | [ ] |
| 10. Communication problems | [ ] | [ ] |
| 11. Sleep Disorder | [ ] | [ ] |
| 12. Abusive | [ ] | [ ] |

Describe the nature, frequency and effect on client's functioning for any area checked. Attach additional documentation if necessary.

*Has had poor memory & disorientation. Has dementia & macular degeneration. As such can be danger to herself*

Is patient alert? [✓] Always [ ] Sometimes [ ] Never

Can patient direct a home care worker? [ ] Yes [✓] No If No, explain below. *Patient has dementia*

F. MEDICAL TREATMENT — Does the patient need any of the following medical treatment? [ ] Yes [✓] No
Indicate medical treatment needed: ( ✓ )

| Treatment | ✓ |
|---|---|
| 1. Decubitus Care | |
| 2. Dressings: Sterile | |
| Simple | |
| 3. Bed bound care (turning, exercising, positioning) | |
| 4. Ambulation exercise | |
| 5. ROM/Therapeutic exercise | |
| 6. Enema | |
| 7. Colostomy care | |
| 8. Ostomy care | |
| 9. Oxygen administration | |
| 10. Catheter care | |
| 11. Tube irrigation | |
| 12. Monitor vital signs | |
| 13. Tube feeding | |
| 14. Inhalation therapy | |
| 15. Suctioning | |
| 16. Speech/hearing therapy | |
| 17. Occupational therapy | |
| 18. Rehabilitation therapy | |
| 19. Indicate any special dietary needs | |
| 20. Other | |

For each treatment checked, indicate frequency recommended, how the service is currently being provided and what plans have been made to provide the service in the future: ( Attach additional documentation as necessary.)

SSN: [redacted]
Form M-11q (Page 3)
03/02

G. EQUIPMENT/SUPPLIES

Please indicate which equipment/supplies the client has, needs or has been ordered.

| | Has | Needs | Ordered |
|---|---|---|---|
| Cane | | | |
| Crutches | | | |
| Walker | ✓ | | |
| Wheelchair | ✓ | | |
| Hospital Bed | | | |
| Side Rails | | | |

| | Has | Needs | Ordered |
|---|---|---|---|
| Bedpan/Urinal | | | |
| Commode | ✓ | | |
| Diapers | ✓ | | |
| Hoyer Lift | | | |
| Dressings | | | |
| Respiratory Aids | | | |

| | Has | Needs | Ordered |
|---|---|---|---|
| Bath Bar | | | |
| Bath Seat | | | |
| Grab Bar | | | |
| Shower Handle | | | |
| Other (Specify) | | | |

If any needed equipment was not ordered, what other plans have been made to meet this need?

## III. IDENTIFICATION OF SERVICE NEEDS

A. Indicate ability to ambulate/transfer:

| | Can | Cannot | Can with assistance of: Cane | Walker | Person | Other: | (Specify) |
|---|---|---|---|---|---|---|---|
| 1. Ambulate inside | | | | | ✓ | | |
| 2. Ambulate outside | | | | | ✓ | | |
| 3. Get up from seated position | | | | | ✓ | | |
| 4. Get up from bed | | | | | ✓ | | |
| 5. Transfer to commode | | | | | ✓ | | |
| 6. Transfer to wheelchair | | | | | ✓ | | |

B. Indicate any services needed ( ✓)

A. CHORE SERVICES:

- [✓] Cleaning
- [✓] Meal Prep
- [✓] Laundry
- [✓] Shopping
- [✓] Reheat Meals

B. PERSONAL CARE SERVICES:

| | Partial | Total |
|---|---|---|
| 1. Grooming | | ✓ |
| 2. Dressing | | ✓ |
| 3. Washing | | ✓ |
| 4. Bathing | | ✓ |
| 5. Feeding | | ✓ |
| 6. Toileting: Bedpan | | |
| Commode | | ✓ |

7. Other special toilet needs:

## IV. REFERRALS

Has a referral been made to any of these agencies: Certified Home Health Agency, Hospital-Based Home Care Agency, a Health Related Facility (HRF), a Skilled Nursing Facility (SNF) or the Lombardi Program? [ ] Yes * [ ] No

* Identify AGENCY | SERVICE | STATUS OF SERVICE | REFERRAL DATE

## PHYSICIAN'S CERTIFICATION

I, the undersigned physician, do certify that all the medical information contained within this form is both true and complete to the best of my knowledge and that I may be contacted for further clarification.

ROBERT MANN — (PRINT) Physician's Name
INTERNAL MEDICINE — Specialty
[signature] — Physician's Signature
[ ] Intern
[✓] Resident

5/27/08 — Date Form Completed
116720 — Registry No.
718-435-6555 — Telephone No.
Hospital Contact Person
Telephone No.

Indicate where form was completed:

Hospital/Clinic/Inst. Name | Address | Telephone No.

If nurse/social worker/other person assisted in completing this form:

Name | Title | Address | Telephone No.

04713001920З

CONFIDENTIAL
D03725