UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATASHA SEVERIN, *et al.,*

    Plaintiffs,

    v.                                        No. 10 Civ. 9696 (DLC)

PROJECT OHR, *et al.,*

    Defendants.
-----------------------------------------------------------X

## DECLARATION OF JENNIFER SMITH

I, Jennifer Smith , declare under penalty of perjury:

1.    I am associated with the firm Beranbaum Menken LLP, attorneys for Plaintiffs, Natasha Severin *et al.,* in the above captioned action. I submit this Declaration in support of Plaintiffs' Motion for Notice and for Partial Summary Judgment.

2.    Attached hereto as Exhibit A is an excerpt from the Civil Docket Report for the case styled *Butcher et al v. United Airlines, Inc.,* Case No. 09 Civ. 11681, in the District of Massachusetts (Boston), showing the July 22, 2011 "Electronic Order," obtained from PACER.

3.    Attached hereto as Exhibit B is an Order entered August 24, 2011 in the case styled *Slinger et al. v. Prospect Mortgage et al.*, No. 11 Civ 465, in the Eastern District of California, obtained from PACER.

Dated: New York, New York
December 9, 2011

                                              Respectfully submitted,

                                              BERANBAUM MENKEN LLP
                                              Attorneys for Plaintiffs

By:         *s/*
                                              Jennifer Smith
                                              80 Pine Street, 32nd Floor
                                              New York, New York 10005
                                              Tel. (212) 509-1616