UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
NATASHA SEVERIN and GALINA COTOVA,    :
individually and on behalf of all     :
others similarly situated,            :
                                      :
                                      :    10 Civ. 9696 (DLC)
             Plaintiffs,              :
                                      :         ORDER
        -v-                           :
                                      :
PROJECT OHR (OFFICE FOR HOMECARE      :
REFERRAL), INC., METROPOLITAN NEW YORK:
COORDINATING COUNCIL ON JEWISH POVERTY,:
and D'VORAH KOHN,                     :
                                      :
             Defendants.              :
                                      :
-------------------------------------X

DENISE COTE, District Judge:

On November 4, 2011, the plaintiffs moved for collective action notice and partial summary judgment. For the reasons stated on the record at the conference held on December 16, it is hereby

ORDERED that the plaintiffs' November 4 motions for collective action notice and partial summary judgment are denied.

SO ORDERED:

Dated:   New York, New York
         December 16, 2011

                              _____
                                      DENISE COTE
                              United States District Judge