Page 1

```
 1
 2            UNITED STATES DISTRICT COURT
 3            SOUTHERN DISTRICT OF NEW YORK
 4   ---------------------------------------X
     NATASHA SEVERIN and GALINA
 5   COTOVA, Individually and on
     Behalf of All Others              No. 10 CIV 9696(DLC)
 6   Similarly Situated,
 7              Plaintiffs,
 8        - against -
 9   PROJECT OHR, INC., METROPOLITAN
     COUNCIL ON JEWISH POVERTY and
10   D'VORAH KOHN,
11              Defendants.
     ---------------------------------------X
12
13
14
15      DEPOSITION OF NATASHA VITTORIA SEVERIN
16              New York, New York
17          Tuesday, September 20, 2011
18
19
20
21
22
23
24   Reported by:
     ANNETTE ARLEQUIN, CCR, RPR
25   JOB NO. 41748
```

1                N. Severin

2      Q.    I think you just said that your --
3  you said that your job description was discussed
4  partially.
5           Can you explain what you mean by
6  that?
7      A.    We have many tasks and we did not
8  cover all of them.
9      Q.    Do you remember asking any questions
10 about your job description at the orientation?
11     A.    I don't remember.
12     Q.    Ms. Severin, have you ever heard of a
13 sleep-in shift?
14     A.    Yes, of course.
15     Q.    Did you ever work a sleep-in shift
16 while employed at Project OHR?
17     A.    Thirty-nine months.
18     Q.    So is that a yes, you have worked a
19 sleep-in shift while employed at Project OHR?
20     A.    Yes, thirty-nine months.
21     Q.    Did you ever work another type of
22 shift while employed at Project OHR?
23     A.    Of course, yes.
24     Q.    What other type of shift did you
25 work?

Page 82

1                    N. Severin
2        A.    A studio.  One-room apartment.
3        Q.    Did it have a kitchen?
4        A.    Everything is in one room.
5        Q.    Did some of your clients' kitchens
6    have dishwashers?
7        A.    Almost no one had them.
8        Q.    Did anyone have them?
9        A.    I don't remember.
10       Q.    Did Ms. Kogan take medicine?
11       A.    Yes.
12       Q.    Did you assist her with taking her
13   medicine?
14       A.    Yes, I handed her all her medicine.
15       Q.    Did Ms. Kogan have issues with
16   speaking?
17             THE INTERPRETER:  Difficulty
18   speaking?
19             MR. ARNOLD:  Sure.
20             (Interpreting.)
21       A.    Sometimes, yes.
22       Q.    Do you remember if Ms. Kogan had a
23   pet?
24       A.    No.
25       Q.    The term "sleep-in shift" has the

1                   N. Severin
2     word "sleep" in it, does it not?
3         A.    In theory, yes, but in practice, it's
4     practically not possible to sleep.
5         Q.    My question to you is whether the
6     term "sleep-in shift" has the word "sleep" in
7     it.
8               MS. SMITH:  Objection.
9         A.    Yes.
10              However, it does not reflect the
11    reality.
12              MR. ARNOLD:  I move to strike the
13        nonresponsive portion of that.
14    BY MR. ARNOLD:
15        Q.    Did Ms. Kogan ever sleep?
16        A.    Sometimes, yes.
17        Q.    Did you ever sleep when you were on a
18    shift for Ms. Kogan?
19        A.    Very seldom, because she snored in
20    her sleep and I stayed in the same room as she
21    was.
22        Q.    Where would you sleep in the studio?
23              MS. SMITH:  Objection.
24        A.    Very close to her bed.
25        Q.    What would you sleep on?

1        N. Severin

2        MS. SMITH: Objection.

3   A.   It was a small couch but I didn't
4   sleep.

5   Q.   How many hours did Ms. Kogan
6   typically sleep in a night?

7   A.   It's hard for me to recollect.

8   Q.   Did Ms. Kogan ever sleep an entire
9   night?

10       MS. SMITH: Objection.

11  A.   No.

12  Q.   There was not one night when she went
13  to bed in the nighttime and woke up in the
14  morning without waking up?

15  A.   Of course not.

16  Q.   Why of course not?

17  A.   Well, sometimes there were situations
18  when I had to change her Pampers during the
19  night or I had to turn her over to avoid bed
20  sores every two hours.

21  Q.   Just referring you to the two Plans
22  of Care for Ms. Kogan, Defendants' Exhibit No.
23  11, referring you to the positioning section of
24  the Plans of Care, is there a checkmark next to
25  "Turn every two hours"?

N. Severin

2  THE INTERPRETER: Turn every two
3  hours.
4  A.    Yes, I can see that.
5  Q.    Is there a checkmark next to where it
6  says, "Turn every two hours"?
7  A.    There is no checkmark. That's a
8  mistake made by the nurse.
9  Q.    Did you ever point this mistake out
10 to the nurse?
11 A.    [In English] Yeah.
12       [Through the Interpreter] Yes.
13 Q.    Who was the nurse?
14 A.    I don't remember the name.
15 Q.    When did you point out the mistake?
16 A.    When I realized that there was a
17 problem.
18 Q.    And how did they respond, the nurse?
19 A.    They said that we did the right
20 thing, that we were turning her every two hours
21 and that we are good workers.
22 Q.    Are you qualified to make assessments
23 about what information should go on a Plan of
24 Care?
25 A.    I judge from the point of view of

Page 86

1              N. Severin
2   practice.
3        Q.   Wasn't it the nurse's responsibility
4   to complete a Plan of Care?
5        A.   Yes, usually the nurse does it.
6        Q.   And it was your job to follow the
7   Plan of Care; is that right?
8        A.   Yes.
9        Q.   Did you ever have any client who
10  slept through an entire night?
11       A.   No.
12       Q.   So you mentioned that you provided
13  care for over, possibly over 100 clients during
14  your six years of employment.
15            It's your testimony today that not
16  one single client on one single night slept
17  through the entire night?
18       A.   Of course, because otherwise why
19  would we be employed there if they sleep this
20  long for the night?
21       Q.   So just to get an actual answer to my
22  question, is it your testimony that during your
23  time of employment where you provided care for
24  over 100 clients, not one of them ever slept
25  through the night?

1                    N. Severin
2     A.   No.
3     Q.   Did you ever have a client that just
4  woke up once during the night?
5     A.   I don't remember.
6     Q.   But you remember that your clients
7  never slept through the night, that's right?
8     A.   No, didn't sleep through night.
9     Q.   But you don't remember if a client
10 just woke up once during the night?
11    A.   That would have been a very lucky
12 situation for me, but however, it didn't happen.
13    Q.   So you never had one client who just
14 woke up once during the entire night.
15         MS. SMITH:   Objection.
16    A.   I don't remember.
17    Q.   Did you ever have a client that just
18 woke up two times during the night?
19    A.   Usually they give me clients who woke
20 up very many times.
21    Q.   And why would they give you clients
22 like that?
23    A.   I don't know.
24    Q.   Did you ever ask for clients who woke
25 up a lot of times?

1       N. Severin
2   A.  Why would I want to ask for that?
3   Q.  I don't know. I asked you if you
4   ever asked for that. It's either a yes or no
5   answer.
6   A.  No.
7   Q.  Did a client ever just wake up, get
8   confused and go back to sleep under a minute?
9   A.  Yes.
10  Q.  Did a client ever wake up having
11  soiled themselves and you had to change them,
12  and then they went back to sleep?
13  A.  Yes.
14  Q.  Did you ever write down anywhere the
15  times you would wake up at night to service a
16  client?
17  A.  No.
18  Q.  And why didn't you write that down?
19      MS. SMITH: Objection.
20  A.  Why would I want it, to do it?
21  Q.  That's why I'm asking you.
22  A.  They have never asked us to do it.
23  Q.  Does Ms. Kogan's Plans of Care
24  indicate that you should clean her bedroom?
25  A.  She didn't have a bedroom as such.

1       N. Severin
2       A.    Of course not, but they would sleep
3  only for a very short time because of their
4  mental state was kind of very special.
5       Q.    Did the amount they spent sleeping
6  differ depending on the client?
7       A.    Yes, but mostly it was short.
8       Q.    You said you typically worked
9  sleep-in shifts for Ms. Lazar on weekends over a
10 two-and-a-half period; is that correct?
11      A.    Yes.  Yes, plus replacements.
12      Q.    Did Ms. Lazar attempt to go to sleep
13 at a particular time each night?
14      A.    Ms. Lazar was completely mixed up
15 regarding the notion of day and night.
16      Q.    Because she was blind?
17      A.    Yes.  And also because she had
18 dementia.
19      Q.    And what time would she typically try
20 go to sleep?
21           MS. SMITH:  Objection.
22      A.    She may have tried to go to sleep
23 totally around the time of day and night.
24 Could be at 3 in the afternoon, could be at 6 in
25 the morning, could be at 12 at night, but she

1       N. Severin
2  never succeeded to sleep for a long period of
3  time.
4       Q.   What type of assistance might a
5  client of yours need when they wake up from
6  their sleep?
7       A.   Say, for example, Clara Lazar would
8  enter the room and ask me to bring her coffee
9  and to give her something to eat.
10      Q.   And what about some other examples of
11 why a client might wake up?
12           THE INTERPRETER:  Some other
13      examples?
14           MR. ARNOLD:  Yes.
15           THE INTERPRETER:  With Clara?
16           MR. ARNOLD:  I'll rephrase it.
17 BY MR. ARNOLD:
18      Q.   Can you give me some other examples
19 of why any client may wake up?
20      A.   For example, they would need to go to
21 bathroom.  Sometimes they would be in a
22 depressive or anxious state and they would ask
23 me, "I have difficulty sleeping.  Could you
24 please sit with me."
25      Q.   What else?

1                    N. Severin
2      A.   Sometimes it would be necessary to
3   change their Pampers and also to turn them.
4      Q.   Were any of your clients -- did any
5   of your clients take medication that made them
6   drowsy?
7      A.   I don't know why they were drowsy.
8      Q.   Where would Ms. Lazar eat in her
9   apartment?
10     A.   She eat in the kitchen.  She eat in
11  my room.  Sometimes she eat in my room.  You
12  know, she was 99 years old and then when I was
13  leaving her, she was 101.
14     Q.   Pretty amazing.
15     A.   She was blessed by God.
16     Q.   That's pretty amazing.
17          So I take it she couldn't bathe
18  herself?
19     A.   She needed help.
20     Q.   How long would it typically take for
21  you to bathe Ms. Lazar?
22     A.   Ms. Lazar loved to bathe.  Well, you
23  know, she was kind of swimming in her bathtub,
24  enjoying herself, and she could easily spend an
25  hour or more.

1        N. Severin

2   the Defendants' Exhibit No. 10?

3        (Document review.)

4   Q.   If you can please turn to the page
5   that's marked P17?

6        (Witness complies.)

7   Q.   Earlier we looked at the fifth
8   paragraph down that reads, among other things,
9   "Home attendants are neither required nor
10  permitted to perform heavy duty cleaning
11  tasks..." and then several are listed.

12       Do you remember that?

13  A.   Yes.

14  Q.   Ms. Severin, when you were employed
15  by Project OHR, did you ever wash windows or
16  blinds for an OHR client?

17  A.   Very often.

18  Q.   And when you were employed by Project
19  OHR, did you ever move furniture at OHR clients'
20  houses?

21  A.   Yes.

22  Q.   Can you say how often?

23  A.   For a client like Clara Lazar, almost
24  daily.

25  Q.   Did you ever wax floors when you were

1          N. Severin
2  employed by Project OHR for OHR's clients?
3       A.   They didn't have floors that required
4  waxing.
5       Q.   And when you were employed by Project
6  OHR, did you ever do laundry by hand for any of
7  OHR's clients?
8       A.   Very often, several times a day.
9       Q.   Ms. Severin, can you look at a
10 document marked as Defendants' Exhibit No. 7?
11          (Document review.)
12      A.   Yes.
13      Q.   Do you recall writing this letter?
14      A.   Yes.
15      Q.   What were the circumstances that led
16 to you deciding to write this letter?
17      A.   At the time I worked on Baransky
18 case, I completely forgot what is it to sleep
19 through the night.  Well, I was very tired and I
20 was frightened to learn that such jobs exist at
21 all.
22      Q.   Was there anything else that you
23 remember about the circumstances that caused you
24 to write that letter?
25      A.   No.