# Exhibit 3

# PROJECT OHR, INC.
## 80 Maiden Lane – 10th Floor
## New York, New York 10038
## (212) 497 – 5053

# CLIENT HANDBOOK

*****************************

If you have any questions or problems regarding home attendant care, please contact your Personnel Specialist during business hours at (212) 497 – 5053.

When the office is closed, Project OHR has an answering service to take your calls and respond to emergencies. Please call the same number, (212) 497 – 5053 for emergencies.

***********************************

Rev. 10-09

D03457

BACKGROUND INFORMATION

Project OHR is a not-for-profit home attendant vendor agency under contract with the Human Resources Administration (HRA) of the City of New York – Home Care Services Program (HCSP). All funds for home attendant care are received through the Medicaid program. There are over 60 vendor agencies providing home attendant services to the elderly, frail and disabled populations throughout the five boroughs of New York City.

MEDICAID ELIGIBILITY

Prior to commencement of home care, Project OHR clients are approved for participation in the Medicaid program by local CASA (Community Alternative Systems Agency) offices, the division of HRA that certifies individuals for participation in the Medicaid program. Not all Medicaid clients receive home care. Project OHR clients have been approved for both Medicaid and for home attendant services.

All of Project OHR's clients must maintain Medicaid eligibility in order to continue to receive home attendant care. If coverage lapses, or a client is found to be no longer eligible, CASA will instruct OHR to terminate services. Therefore, IT IS EXTREMELY IMPORTANT THAT ALL CLIENTS PROMPTLY SUBMIT APPROPRIATE DOCUMENTATION TO THE CASA OFFICE OR CASE WORKER AT THE TIME OF MEDICAID RECERTIFICATION.

Any questions regarding Medicaid should be addressed to the client's CASA Case Manager.

SERVICE AUTHORIZATION

Prior to case referral to Project OHR, clients have been visited and assessed by a CASA case worker and visiting nurse. The CASA staff is responsible for a) initial and ongoing determination of Medicaid eligibility and b) authorization of service hours.

Project OHR's Nursing Care Coordinators can suggest changes in service plans. However, it is the responsibility of the CASA staff to determine and authorize client service hours.

INITIATION OF HOME ATTENDANT SERVICE

Prior to the actual start of service, Project OHR has received a formal referral from the CASA office. This referral includes: a) total hours and days of service,

b) length of time for which service has been authorized, c) summary of client's physical condition, medical diagnosis and history, and d) surplus income, if applicable. When OHR staff receives the referral from the CASA office, contact is made with the prospective client to arrange for an initial assessment visit.

A Project OHR Nursing Care Coordinator and Personnel Specialist visit each client in his/her home. They complete an independent assessment of client need for home care and whether home care service is appropriate for the client. Our assessment team will ask questions regarding condition, need for assistance, medication, family supports, etc. All of this information is crucial to our agency's ability to provide care.

The Project OHR staff will inform the prospective client of the hours and days of service that CASA has authorized, explain the duties and functions of an attendant and attempt to address any concerns and questions clients have regarding our service.

CLIENT REFERRAL OF CARE PROVIDERS

With few exceptions, Project OHR will secure and place a qualified home attendant from over 1600 attendants we employ. In the rare situation where OHR will hire a client-referred attendant, the hiring process will take several weeks. This will delay the start of service. Project OHR will, therefore, start service with a different home attendant, pending the hiring of the attendant referred by the client. Home attendants referred to Project OHR must meet our selection criteria and we retain the right, as employer, to disqualify those potential employees we deem unfit or inappropriate for employment.

Project OHR will only hire attendants referred by clients with specific needs, i.e. language, job skills, etc. If Project OHR already employs home attendants who are able to care for the client, we will not register or process a client referred attendant.

IT IS EXTREMELY IMPORTANT THAT HOME CARE SERVICES BEGIN WITHIN 30 DAYS OF THE REFERRAL BY THE CASA OFFICE. ALL MEDICAL DOCUMENTATION EXPIRES AFTER THAT PERIOD AND A CLIENT MAY HAVE TO RE-APPLY FOR SERVICES AFTER THE 30 DAYS ELAPSE.

DISAGREEMENT OVER SERVICE SCHEDULES

If a client disagrees with the number of hours of home care service as authorized by CASA, the client must apply to the Human Resources Administration for a fair hearing.

D03462

If a client has his/her formerly assigned attendant provide care after the case has been officially closed by CASA staff, Project OHR will not be able to pay the attendant.

## INCREASE AND/OR DECREASE IN SERVICE HOURS

A) Decrease:

If a client determines that the hours or days of authorized service are more than he/she requires, the client must contact his/her Personnel Specialist. The client will be required to submit a letter to Project OHR stating that he/she can function with fewer hours. If Project OHR's Nursing Care Coordinator is in agreement with the client that he/she can function with less hours of care, service will be reduced and a copy of the client's letter will be forwarded to the CASA case worker.

B) Increase:

If a client believes that the authorized hours of home attendant care are insufficient to meet his/her needs, the client will be required to discuss the situation with both the Project OHR Nursing Care Coordinator and the CASA case manager.

In order to process a request for increased hours, a client will need to have his/her physician complete a new M11Q form. The new M11Q form must detail the necessity for increased hours of service.

It is the sole responsibility of the CASA case manager to process the request for increased hours of service. **Project OHR does not determine these hours.** If the Project OHR Nursing Care Coordinator agrees that a client would benefit from increased hours, she will, as a client advocate, submit her Nursing Assessment to the CASA case manager in support of the request.

If the increase in authorized hours of care is approved, the CASA office will contact Project OHR with the change. The client will be notified by telephone by Project OHR's Personnel Specialist of the start date of the increased hours of care.

C) Emergency Increase:

In the event of acute changes in a client's medical condition, CASA staff can implement emergency increases in hours of home care service for a period of five days. The Project OHR Nursing Care Coordinator will assist the clients in securing emergency increases in service hours. The CASA case manager will require a new M11Q to be completed by the client's physician.