Exhibit 8

Page 1

1

2                  UNITED STATES DISTRICT COURT

3                  SOUTHERN DISTRICT OF NEW YORK

4        ------------------------------------X   **CERTIFIED COPY**

         NATASHA SEVERIN and GALINA

5        COTOVA, Individually and on

         Behalf of All Others            No. 10 CIV 9696(DLC)

6        Similarly Situated,

7                      Plaintiffs,

8              - against -

9        PROJECT OHR, INC., METROPOLITAN

         COUNCIL ON JEWISH POVERTY and

10       D'VORAH KOHN,

11                     Defendants.

         ------------------------------------X

12

13

14

15          DEPOSITION OF NATASHA VITTORIA SEVERIN

16                   New York, New York

17              Tuesday, September 20, 2011

18

19

20

21

22

23

24       Reported by:

         ANNETTE ARLEQUIN, CCR, RPR

25       JOB NO. 41748

Page 2

1

2

3

4

5                    September 20, 2011

6                    10:04 a.m.

7

8       Deposition of NATASHA VITTORIA SEVERIN,

9  held at the offices of Mintz, Levin, Cohn,

10  Ferris, Glovsky and Popeo, P.C., 666 Third

11  Avenue, New York, New York, before Annette

12  Arlequin, a Certified Court Reporter, a

13  Registered Professional Reporter and a

14  Notary Public of the State of New York.

15

16

17

18

19

20

21

22

23

24

25

1

2    A P P E A R A N C E S:

3

4        BERANBAUM MENKEN LLP

5        Attorneys for Plaintiffs

6            80 Pine Street, 33rd Floor

7            New York, New York   10005

8        BY: JENNIFER SMITH, ESQ.

9            jsmith@nyemployeelaw.com

10

11       MINTZ LEVIN COHN FERRIS GLOVSKY and POPEO, P.C.

12       Attorneys for Defendants

13           Chrysler Center

14           666 Third Avenue

15           New York, New York   10017

16       BY: MICHAEL S. ARNOLD, ESQ.

17           Marnold@mintz.com

18           JENNIFER B. RUBIN, ESQ.

19           Jrubin@mintz.com

20

21   ALSO PRESENT:

22

23       GALYA KOROVINA, Russian Interpreter

24

25

Page 4

1

2          IT IS HEREBY STIPULATED AND AGREED,

3     by and between the attorneys for the

4     respective parties herein, that filing

5     and sealing be and the same are hereby

6     waived

7          IT IS FURTHER STIPULATED AND AGREED

8     that all objections, except as to the form

9     of the question, shall be reserved to the

10    time of the trial.

11         IT IS FURTHER STIPULATED AND AGREED

12    that the within deposition may be sworn to

13    and signed before any officer authorized to

14    administer an oath, with the same force and

15    effect as if signed and sworn to before the

16    Court.

17

18

19

20

21

22

23

24

25

1                    N. Severin

2        Q.    I think you just said that your --

3    you said that your job description was discussed

4    partially.

5              Can you explain what you mean by

6    that?

7        A.    We have many tasks and we did not

8    cover all of them.

9        Q.    Do you remember asking any questions

10   about your job description at the orientation?

11       A.    I don't remember.

12       Q.    Ms. Severin, have you ever heard of a

13   sleep-in shift?

14       A.    Yes, of course.

15       Q.    Did you ever work a sleep-in shift

16   while employed at Project OHR?

17       A.    Thirty-nine months.

18       Q.    So is that a yes, you have worked a

19   sleep-in shift while employed at Project OHR?

20       A.    Yes, thirty-nine months.

21       Q.    Did you ever work another type of

22   shift while employed at Project OHR?

23       A.    Of course, yes.

24       Q.    What other type of shift did you

25   work?

N. Severin

   A.    Twelve-hour shifts, ten-hour shifts.

   Q.    Were those hourly shifts?

   MS. SMITH:  Objection.

   A.    I don't understand the question.

   Q.    When you worked the 10-hour or
12-hour shifts, were those shifts paid per hour?

   A.    Yes.

   Q.    Did you ever work a shift that was
less than 10 hours?

   A.    Yes.

   Q.    What was the fewest amount of hours
you would ever work in an hourly shift?

   A.    One hour 45 minutes.

   Q.    Other than the sleep-in shifts, just
focusing on the hourly shifts, would the hourly
shifts range from anywhere from 1 hour and 45
minutes to 12 hours?

   A.    Yes.

   Q.    Just a reminder to keep your answers
verbal because the reporter can't understand
nods.

   THE INTERPRETER:  What's the
question?

BY MR. ARNOLD:

1               N. Severin

2        Q.    Okay.  My question is, did the number

3   of hours you worked in shifts other than

4   sleep-in shifts vary?

5        A.    Mostly it was 10 and 12 hours.

6        Q.    Were there times that you worked

7   shifts less than 10 hours?

8        A.    Seldom.

9        Q.    Were there times that you worked the

10  shift less than nine hours?

11       A.    Yes, if the agency required that.

12       Q.    Did the start time of an hourly shift

13  vary from shift to shift?

14       A.    Sometimes there would be a one hour

15  difference, whether it was started at 8 or at

16  9:00.

17       Q.    Did you ever start an hourly shift at

18  1:00 in the afternoon?

19       A.    Several times.

20       Q.    When you worked an hourly shift, did

21  you ever -- withdrawn.

22             Have you ever heard of a duty-free

23  hour?

24       A.    No, I know only the airport

25  duty-free.

Page 25

1                    N. Severin

2        Q.    Good joke.

3             When you worked an hourly shift, did

4   you get an hour off for lunch?

5        A.    Sometimes.

6        Q.    Was there ever a week where you

7   worked just sleep-in shifts?

8        A.    Such shifts lasted for months.

9        Q.    My question is, was there ever a week

10   where you just worked sleep-in shifts and no

11   other shift?

12        A.    You mean for this agency?

13        Q.    I do.

14        A.    Yes.

15        Q.    Sticking with Project OHR, was there

16   ever a week where you only worked hourly shifts?

17        A.    Yes.

18        Q.    Was there ever a week where you

19   worked both an hourly shift and a sleep- in

20   shift?

21        A.    It happened very seldom.  Only in

22   cases of emergencies.

23        Q.    Was there ever a week where you cared

24   for just one client?

25        A.    Yes.

1                    N. Severin

2        Q.    Was there ever a week where you cared

3   for more than one client?

4        A.    Very often.

5        Q.    Was there ever a week where you cared

6   for more than one client on the same shift?

7             MS. SMITH:  Objection.

8        A.    There are so-called cluster cases

9   when it's husband and wife, and then sometimes

10  there were three clients.

11       Q.    And you worked a shift like that

12  once?

13       A.    [In English]  Yes.

14             [Through the Interpreter]  Several

15  times.

16       Q.    How many clients would you say you

17  cared for over the course of your employment for

18  Project OHR?

19       A.    I could not count.

20       Q.    Do you think it was more than 50?

21       A.    Much more than 50.

22       Q.    Would you say it was more than 100?

23       A.    Yes.

24       Q.    Did another Project OHR home

25  attendant ever care for a client that you also

Page 122

1
2        questions.   Thank you very much for coming

3        in today.   Nice to meet you.

4              (Time noted:   2:38 p.m.)

5

6        _____

7              NATASHA VITTORIA SEVERIN

8

9

10   Subscribed and sworn to before me

11   this    day of          20011.

12

13   _____

14

15

16

17

18

19

20

21

22

23

24

25

1

2                   C E R T I F I C A T E

3

4    STATE OF NEW YORK          )

5                               ) ss.:

6    COUNTY OF WESTCHESTER      )

7

8              I, ANNETTE ARLEQUIN, a Notary Public

9        within and for the State of New York, do

10       hereby certify:

11             That NATASHA VITTORIA SEVERIN, the

12       witness whose deposition is hereinbefore

13       set forth, was duly sworn by me and that

14       such deposition is a true record of the

15       testimony given by such witness.

16             I further certify that I am not

17       related to any of the parties to this

18       action by blood or marriage; and that I am

19       in no way interested in the outcome of this

20       matter.

21             IN WITNESS WHEREOF, I have hereunto

22       set my hand this 30th day of September, 2011.

23

24       --------------------------------------

25            ANNETTE ARLEQUIN, CCR, RPR

Page 127

1

2            ERRATA SHEET FOR THE TRANSCRIPT OF:

3     CASE NAME:    SEVERIN v. PROJECT OHR

4     DATE:         SEPTEMBER 20, 2011

5     DEPONENT:     NATASHA VITTORIA SEVERIN

6     Pg.   Ln.    Now Reads    Should Read    Reason

7     100   25     hour or more hour or more for the whole procedure (did'nt
                                                                    finish)
8     ___   ___    _____    _____    _____

9     ___   ___    _____    _____    _____

10    ___   ___    _____    _____    _____

11    ___   ___    _____    _____    _____

12    ___   ___    _____    _____    _____

13    ___   ___    _____    _____    _____

14    ___   ___    _____    _____    _____

15    ___   ___    _____    _____    _____

16    ___   ___    _____    _____    _____

17

18                    R   Severn

19                    NATASHA VITTORIA SEVERIN

20    SUBSCRIBED AND SWORN BEFORE ME

21    THIS  9  DAY OF November      2011.

22                                              MAROUSSIA D. DIMITROV
                                                NOTARY PUBLIC. State of New York
                                                No. 01DI6031959
23    _____              Qualified in Kings County  13
                                                Commission Expires 10/12/20___

24    (Notary Public)

25    MY COMMISSION EXPIRES: 10/12/2013