# Exhibit 14

# PROJECT OHR, INC.

) MAIDEN LANE, 10ᵀᴴ FLOOR — NEW YORK, N.Y. 10038 – PHONE (718) 853-2700       HOME ATTENDANT SERVICES

PROJECT OHR, INC.

SLEEP-IN-AGREEMENT

I, __GALINA COTOVA__, agree to work as a weekend
   Home Attendant Name (Print)

sleep-in attendant for a minimum period of six months. I understand that my offer of employment with Project OHR is dependent on my availability to work weekend sleep-in assignments.

Failure to comply will result in my termination from Project OHR.

_____          11/05/04
Home Attendant Signature                                    Date

__Mary David_____          11/05/04
Agency Representative Signature                         Date

OHR-38
Rev 11/94

# PROJECT OHR, INC.

MAIDEN LANE. 10TH FLOOR — NEW YORK, N.Y. 10038 – PHONE (718) 853-2700    HOME ATTENDANT SERVICES

PROJECT OHR, INC.

SLEEP-IN-AGREEMENT

I, _Natasha Severin_ , agree to work as a weekend
   Home Attendant Name (Print)

sleep-in attendant for a minimum period of six months. I understand that my offer of employment with Project OHR is dependent on my availability to work weekend sleep-in assignments.

Failure to comply will result in my termination from Project OHR.

_Severin_                              11/17/04
Home Attendant Signature                 Date

_Mary David_                           11/17/04
Agency Representative Signature         Date

OHR-38
Rev 11/94