UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
NATASHA SEVERIN and GALINA COTOVA,        :
individually and on Behalf of all         :
others similarly situated,                :   10 Civ. 9696 (DLC)
                           Plaintiffs,    :
                                          :         ORDER
              -v-                         :
                                          :
PROJECT OHR, INC.,                        :
                           Defendant.     :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   Having reviewed the parties' October 18, 2012 letter explaining why their settlement in this Fair Labor Standards Act action is fair, it is hereby

   ORDERED that the parties' settlement is approved. The Clerk of Court shall close this case.

   SO ORDERED:

Dated:    New York, New York
          October 18, 2012

                                    _____
                                          DENISE COTE
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/12